

5/29/2018 15:13

*No other License on Property. Last License closed in 2013*

## INFORMATION - LICENSE # LIC121977

| | |
|---|---|
| License Type | RLIC |
| Application Type Description | Rental License |
| Primary Applicant | RIAZ |
| Primary Applicant Last Name | SHAD |
| Address Location | 2959 BRYANT AVE N Minneapolis MN 55411 |

License is Inactive.
Current milestone is Closed.
Current unpaid amount of $0.00.
Account: 0000963609

## License Description

### Status Dates

| | |
|---|---|
| License Date | 9/10/2010 12:21 |
| by | User Conversion |
| Issued | 9/10/2010 12:21 |
| by | User Conversion |
| Inactive | 8/31/2013 00:00 |
| by | |
| Last Renewal | 5/2/2013 00:00 |
| by | |
| Next Renewal | 7/17/2013 00:00 |
| Expires | 8/31/2013 00:00 |
| Grace Exp | |

*I certify that the attached are true and correct copies of official records of the city of Minneapolis Inspections Division.*

SIGNED _____

DATED 5/29/18

*Amy Weiby*

### License Description

| | |
|---|---|
| Priority | |
| License Category | CONV |
| Type Of Business | None |
| Business Name | RIAZ A SHAD |
| DBA Name | |

Comments
KIVA License number: 545439

## License Details

(Tab Not Loaded)

## Endorsements

(Tab Not Loaded)

## Reviews

(Tab Not Loaded)

## Inspections

(Tab Not Loaded)

## Conditions

(Tab Not Loaded)

## Fees

**Exhibit A, Page 1 of 2**
5/29/2018

(Tab Not Loaded)

## Applicants
(Tab Not Loaded)

## Sites
(Tab Not Loaded)

## Employees
(Tab Not Loaded)

## Related Records
(Tab Not Loaded)

## Logs
(Tab Not Loaded)

## Attachments
(Tab Not Loaded)

**Exhibit A, Page 2 of 2**

**Regulatory Services & Emergency Preparedness--Housing Inspection Services Division**

Minneapolis
City of Lakes

250 South Fourth Street – Room 300   Minneapolis, Minnesota  55415
www.ci.minneapolis.mn.us

Minneapolis
City of Lakes

**Spanish- Atención.** Si desea recibir asistencia gratuita para traducir esta información, llama 612-673-2700
**Somali- Ogow.** Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac 612-673-3500
**Hmong-Ceeb toom.** Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
**Sign Language Interpreter** -- 612-673-3220   TTY: 612-673-2626
If you want help translating this information in any other language, call 612-673-3737

11-APR-11

**RIAZ A SHAD**

**3246 COLFAX AVENUE NORTH**
**MINNEAPOLIS,MN 55412**

## NOTICE OF ORDINANCE CODE VIOLATIONS

### Property Address in Violation: 2959 BRYANT AVE N          RFS #: 11-0816907



On 06-APR-11, an inspection of your property at the above address disclosed conditions that are violations of Minneapolis Code of Ordinances.

## Please make the following corrections by the required due date of: 10-JUN-11

Repair and refinish all deteriorated walls in a professional manner for the area(s) listed below. Minneapolis Code of Ordiances 244.510. Violation Text 753.

Inspector's Comments:  PROPERLY FINISH ACCESS PANEL IN LIVING ROOM & ACCESS PANEL IN STAIRWAY & MISSING TILES ON BATHROOM WALL

Repair or replace the cabinets and counters in this rental unit(s) and maintain them in a professional manner.  Minneapolis Code of Ordinances 244.510. Violation Text 747.

Inspector's Comments:  UNDER KITCHEN SINK & BATHROOM VANITY

Repair or replace the defective electrical fixtures in the area(s) listed below. Minneapolis Code of Ordinances 244.420.  Violation Text 425.

Inspector's Comments:  MISSING GLOBE ON FIXTURE BY REAR DOOR

Repair or replace all door locks, hinges, latches, knobs, etc. to a safe and operable condition.  Minneapolis Code of Ordinances 244.510 and 244.530.  Violation Text 714.

Inspector's Comments:  DOOR KNOB BY REAR DOOR NOT WORKING PROPERLY & MISSING KNOB ON CLOSET DOOR IN FRONT BEDROOM

**Exhibit B, Page 1 of 4**

Repair and correct all gaps, missing tiles, broken sheeting, torn carpeting or other deteriorated flooring in a professional manner for the area(s) listed below. Minneapolis Code of Ordinances 244.510. Violation Text 751.

Inspector's Comments: HOLE IN FLOOR IN KITCHEN & LIVING ROOM

Repair and refinish all deteriorated ceilings in a professional manner for the area(s) listed below. Minneapolis Code of Ordinances 244.510. Violation Text 755.

Inspector's Comments: WHERE WATER DAMAGED IN KITCHEN & BATHROOM

Repair existing guardrails so a minimum height of thirty-six (36) inches is maintained and that no object nine (9) inches in diameter can pass between two (2) intermediate rails. Minneapolis Code of Ordinances 244.555. Violation Text 155.

Inspector's Comments: MISSING STILES ON GUARDRAIL TO 2ND FLOOR

Repair or replace all plumbing fixtures and keep free from defects, leaks and/or obstructions and maintain under adequate pressure in the following area(s) listed below. Minneapolis Code of Ordinances 244.290 and 244.560. Violation Text 511.

Inspector's Comments: RESET TOILET

Repair or replace sash cords (or supply other approved mechanical means) to allow windows to be kept open without danger of self closing. Minneapolis Code of Ordinances 244.510 and 244.530. Violation Text 713.

Inspector's Comments: BATHROOM WINDOW & FRONT BEDROOM WINDOW

Install protective faceplates (covers) at all electrical outlet and switch locations where missing or broken. Minneapolis Code of Ordinances 244.420. Violation Text 412.

Inspector's Comments: SIDE BEDROOM

Identify and fix source of moisture problem. Properly repair or remove all water damaged surfaces such as sheetrock, insulation, particle board, cardboard or carpet. Cleanable surfaces such as concrete, solid wood or plaster where the integrity of the surface is intact but appears to be moldy may be cleaned with soapy water and a scrub brush and then disinfected with a dilute solution of ¼ to ½ cup of bleach per gallon of water. NEVER MIX BLEACH WITH AMMONIA - TOXIC CHLORINE GAS MAY RESULT. Completely dry surfaces before performing finishing repairs. Minneapolis Code of Ordinances Section 244.510. "Every interior partition, wall, floor, door, window, trim surface, radiator and ceiling shall be kept in a professional state of repair." VIOLATION TEXT 757.

Inspector's Comments: BASEMENT

**Exhibit B, Page 2 of 4**

Repair or replace the loose and/or deteriorating windows in a professional like manner. Minneapolis Code of Ordinances 244.530 and 244.510. Violation Text 710.

Inspector's Comments: BASEMENT EGRESS WINDOW

Repair or replace the following appliance(s) listed below with this rental unit. Keep all supplied equipment in operating condition and maintained in a professional manner. Minneapolis Code of Ordinances 244.580 and 85.20. Minnesota Mechanical Code Section 504. Violation Text 749.

Inspector's Comments: WASHING MACHINE

Provide the required handrails on all interior stairways with four (4) or more risers. Handrails shall be graspable with a circular 1 1/4 inch to 2 5/8 inch cross section. State building code requires that new installations be within thirty-four (34) to thirty-eight (38) inches above the nose of the tread. Minneapolis Code of Ordinances 244.550 and 244.960. Violation Text 218.

Inspector's Comments: TO BASEMENT

After the due date an inspection will be done to ensure that all violations have been corrected.

**Failure to comply with order(s)** by required due date requires you to pay a one hundred dollar ($100.00) fee for each subsequent inspection **and may result civil and/or criminal legal action to be taken** per MCO Chapter 2 Sections 2.10, 2.20, 2.30 and 2.40

**Right to Appeal**
Chapter 242 of the Minneapolis Ordinances provides that an appeal may be filed if you disagree with these violations. If you would like to appeal these violation orders, please call (612) 673-5891 for an appeal form. You must file the form within 15 days of the date of this letter.

**HOUSING INSPECTION SERVICES WEBSITE**
www.ci.minneapolis.mn.us/inspections

Please call or e-mail me if you have questions, concerns or need assistance in understanding this order.

**VALERIE ASANTE (ASA), HOUSING INSPECTOR II, Phone: (612) 685-8448**
**E-mail: valerie.asante@ci.minneapolis.mn.us**

# List of Helpful Resources

## For seniors, disabled individuals, or low-income residents:



### The City's Senior Ombudsperson
Assists **seniors** and **disabled persons** find services they need. **612-673-3004**

### A Brush with Kindness
Volunteers help **low-income homeowners** do minor exterior repairs, light landscaping, clean-up, and painting. Able-bodied homeowners work alongside volunteers on repairs. Application deadline is in May. Pat Lund, **612-788-8169** or pat.lund@tchabit.com

### Handyworks
Helps **seniors** live independently at home by matching them with people who can help with housekeeping, minor home repairs, lawn-mowing, snow removal, seasonal jobs, and outdoor chores. Application deadline is in the spring—please call for exact information. **612-721-8687, Ext. 329**

### Hearts & Hammers
Volunteers paint the exteriors of homes owned by **seniors** who are not able to do the work themselves. They specialize in homes that are 2 stories or 2 ½ stories tall. They also do exterior rehab work, such as caulking, landscaping, etc., to restore the exterior character of the home and to improve its weatherproofing and security. All work is FREE and completed by a crew of volunteers in one day. Application deadline is in the spring—please call for exact information. **952-922-2451**

### Metro Paint-A-Thon
Volunteers will scrape, prime and paint the exteriors of selected homes owned by **persons 60 years of age or older or by persons with permanent physical disabilities**. Application deadline is in May of each calendar year. **612-721-8687, Ext. 321**

### Rebuilding Together
Rebuilding Together helps to preserve and revitalize houses, serving **low-income homeowners, seniors, disabled persons, and families with children.** They provide repairs - like roofing, plumbing, & electrical work - free of charge. **651-776-4273**

## Financing and Loans for a variety of income levels (check with your bank, too)

### Center for Energy & Environment (CEE) and Neighborhood Revitalization Program
CEE offers a variety of low-interest loans and grants to **Minneapolis property owners – including rental property** - to help them fix-up their homes. On behalf of neighborhood groups, CEE also administers Neighborhood Revitalization Program (NRP) low-interest and forgivable loans for home improvement. Call CEE at **612-335-5884.**

### City Living Program. Home-improvement loans. **612-673-5282**

### GHMC Housing Resource Center
The Greater Metropolitan Housing Corporation (GMHC) Housing Resource Center provides code-abatement loans, home-improvement financing, deferred loans, construction consultations, and housing information. Call Denise at **612-378-7985.**

**Exhibit B, Page 4 of 4**

CITY OF MINNEAPOLIS
INSPECTIONS DIVISION
HOUSING MAINTENANCE SECTION
300 PUBLIC SERVICE CENTER
250 SOUTH 4TH STREET
MINNEAPOLIS, MINNESOTA 55415



# WARNING LETTER

RIAZ A SHAD

3246 COLFAX AVENUE NORTH
MINNEAPOLIS,MN 55412

22-AUG-11
Request Number: **11-0816907**

### Re: 2959 BRYANT AVE N

Upon Re-inspection of the attached orders on **22-AUG-11**, the inspector listed at the end of this paragraph found that the violations listed below still require correction.

Another inspection will be made after **06-SEP-11**. Please have all work completed by that time. Due to your failure to correct these violations, you will be charged $100 (one hundred dollars) for each additional inspection. Inspections conducted after the original due date could result in possible legal action.

The following corrections are required:

**Repair and refinish all deteriorated walls in a professional manner for the area(s) listed below. Minneapolis Code of Ordiances 244.510. Violation Text 753.**

**Inspector's Comments: PROPERLY FINISH ACCESS PANEL IN LIVING ROOM & ACCESS PANEL IN STAIRWAY & MISSING TILES ON BATHROOM WALL**

**Due Date: 10-JUN-2011**

**Repair or replace the defective electrical fixtures in the area(s) listed below. Minneapolis Code of Ordinances 244.420. Violation Text 425.**

**Inspector's Comments: MISSING GLOBE ON FIXTURE BY REAR DOOR**

**Due Date: 10-JUN-2011**

1

MAX
*RFS#* 11-0816907
*Our Mission: To provide quality education and consistent enforcement of the Housing Maintenance and other applicable codes to communities in order to maintain, improve, and protect the housing stock and the livability of the city.*

.

**Exhibit C, Page 1 of 4**

Repair and correct all gaps, missing tiles, broken sheeting, torn carpeting or other deteriorated flooring in a professional manner for the area(s) listed below. Minneapolis Code of Ordinances 244.510. Violation Text 751.

Inspector's Comments: HOLE IN FLOOR IN KITCHEN & LIVING ROOM

Due Date: 10-JUN-2011

Repair and refinish all deteriorated ceilings in a professional manner for the area(s) listed below. Minneapolis Code of Ordinances 244.510. Violation Text 755.

Inspector's Comments: WHERE WATER DAMAGED IN KITCHEN & BATHROOM

Due Date: 10-JUN-2011

Repair existing guardrails so a minimum height of thirty-six (36) inches is maintained and that no object nine (9) inches in diameter can pass between two (2) intermediate rails. Minneapolis Code of Ordinances 244.555. Violation Text 155.

Inspector's Comments: MISSING STILES ON GUARDRAIL TO 2ND FLOOR

Due Date: 10-JUN-2011

Repair or replace all plumbing fixtures and keep free from defects, leaks and/or obstructions and maintain under adequate pressure in the following area(s) listed below. Minneapolis Code of Ordinances 244.290 and 244.560. Violation Text 511.

Inspector's Comments: RESET TOILET

Due Date: 10-JUN-2011

Repair or replace sash cords (or supply other approved mechanical means) to allow windows to be kept open without danger of self closing. Minneapolis Code of Ordinances 244.510 and 244.530. Violation Text 713.

Inspector's Comments: BATHROOM WINDOW & FRONT BEDROOM WINDOW

Due Date: 10-JUN-2011

Identify and fix source of moisture problem. Properly repair or remove all water damaged surfaces such as sheetrock, insulation, particle board, cardboard or carpet. Cleanable surfaces such as concrete, solid wood or plaster where the integrity of the surface is intact but appears to be moldy may be cleaned with soapy water and a scrub brush and then disinfected with a dilute solution of ¼ to ½ cup of bleach per gallon of water. NEVER MIX BLEACH WITH AMMONIA - TOXIC CHLORINE GAS MAY RESULT. Completely dry surfaces before performing finishing repairs. Minneapolis Code of Ordinances Section 244.510. "Every interior partition, wall, floor, door, window, trim surface, radiator and ceiling shall be kept in a professional state of repair." VIOLATION TEXT 757.

2

MAX
RFS# 11-0816907

**Exhibit C, Page 2 of 4**

**Inspector's Comments: BASEMENT**

**Due Date: 10-JUN-2011**

Your prompt cooperation in attending to the item(s) above would be appreciated.

If you have ANY questions about these orders, or if you are not the owner, agent or occupants, please call the inspector (whose name and number are at the end of these orders). If you are unable to reach the inspector during the time stated below, you may leave a message at any time by calling the same number.

## Housing Inspections observes the office hours of 8-4:30 Monday through Friday.

**Resource Information:**

The Greater Metropolitan Housing Corporation, (612) 378-7985, has information about home and rental property improvement loans. You may also contact CEE Financial Resources at 612-335-5884 or 651-731-2626 or Neighborhood Housing Services at 612-521-3581. You may also contact your neighborhood organization to inquire about) money or assistance from other sources.

**Permit Information:**
If it was indicated that you need a permit for any repairs, then you or your contractor must obtain a permit through our Plan Review section at 250 South 4th Street, Room 300. You may want to bring this letter for clarification.

**Code Information:**
The Minneapolis Code of Ordinances, including sections on the Housing Maintenance Code, is available on computer terminals at:
♦ Hennepin County Public Library, Government Documents Section
♦ City Clerk's Office, Room 304 City Hall, 350 South 5th Street

The code is also available through the Internet using the Minneapolis home page, www.ci.minneapolis.mn.us

Below are the steps to guide you through the web page:
♦ Click on Look Up.... Minneapolis Ordinances on the lower left corner of the page
♦ Click the Municipal Code Homepage link
♦ Either type the Code section you are looking for in the search box, or
♦ Select Title 12 Housing on the left frame of the page

ALL MATERIAL AND SERVICES ARE AVAILABLE IN ACCESSIBLE FORMATS.
SARAH MAXWELL (MAX), HOUSING INSPECTOR II, Phone: (612) 685-8446

English- Attention. If you want help translating this information, call:

Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llama 612-673-2700

3

MAX
RFS# 11-0816907
*Our Mission: To provide quality education and consistent enforcement of the Housing Maintenance and other applicable codes to communities in order to maintain, improve, and protect the housing stock and the livability of the city.*

**Exhibit C, Page 3 of 4**

Somali- Ogow. Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac 612-673-3500

Hmong-Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800

Sign Language Interpreter- 612-673-3220  TTY: 612-673-2626                                      HSG



4

MAX
*RFS#* 11-0816907
**Our Mission:** *To provide quality education and consistent enforcement of the Housing Maintenance and other applicable codes to communities in order to maintain, improve, and protect the housing stock and the livability of the city.*

**Exhibit C, Page 4 of 4**

CITY OF MINNEAPOLIS
INSPECTIONS DIVISION
HOUSING MAINTENANCE SECTION
300 PUBLIC SERVICE CENTER
250 SOUTH 4TH STREET
MINNEAPOLIS, MINNESOTA 55415

# ADMINISTRATIVE CITATION

This citation charges you with a violation of Minneapolis City Code of Ordinances.
For information on how to respond to this citation, see the reverse side of this form.

21-OCT-11

RIAZ A SHAD

3246 COLFAX AVENUE NORTH
MINNEAPOLIS,MN 55412

**Violation number:**     11-0816907
**Violation Location:**   2959 BRYANT AVE N
**Violation Date:**       19-OCT-11

**Violation:** Fail to comply with written orders, Minneapolis Code 87.90 (f).

**Violation type:** REPAIR WALLS *     PROPERLY FINISH ACCESS PANEL IN LIVING R
REP/REP FIXTURES *    MISSING GLOBE ON FIXTURE BY REAR DOOR
REPAIR CEILINGS *    WHERE WATER DAMAGED IN KITCHEN & BATHROO
R/R/PROV GUARDRAIL

**FINE:** $200 (If not paid by 15-NOV-11 a 10% late payment fee will be added)

**Officer or Inspector:** SARAH MAXWELL (MAX), HOUSING INSPECTOR II, Phone: (612) 685-8446

**Warning – Failure to pay or appeal this citation within twenty (20) days will result in
increased penalties and fees assessed.**

**Make Checks Payable to:** MINNEAPOLIS FINANCE DEPARTMENT

Yog xav paub tshaj nos ntxiv, hu 612-673-3000.  Macluumaad dheeri ah, kala soo xiriir  612-673-3000.
Para mas información llame  612-673-3000.

**DO NOT COMBINE THIS PAYMENT WITH ANY OTHER CITY BILLING**

MICRO-PERFORATED; Detach and return this portion with payment. Do not fold this

## ADMINISTRATIVE CITATION BILLING STATEMENT

| Location:<br>2959 BRYANT AVE N | MAIL PAYMENTS TO<br><br>Inspections Division | Date Due<br>15-NOV-11 | Amount Due<br>Now<br>$200 |
|---|---|---|---|
| Please write this number<br>on your check: 11-<br>0816907 | 250 South 4th St, Suite 300<br>Minneapolis MN  55415-1316 | Amount Due After: 15-NOV-11<br>$      220 | |

**Exhibit D, Page 1 of 7**

**Regulatory Services & Emergency Preparedness--Housing Inspection Services Division**

Minneapolis
*City of Lakes*

250 South Fourth Street – Room 300   Minneapolis, Minnesota  55415
www.ci.minneapolis.mn.us

Minneapolis
*City of Lakes*

**Spanish- Atención.** Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700
**Somali- Ogow.** Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac  612-673-3500
**Hmong-Ceeb toom.** Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu  612-673-2800
**Sign Language Interpreter** -- 612-673-3220   TTY: 612-673-2626
If you want help translating this information in any other language, call 612-673-3737

11-APR-11

**RIAZ A SHAD**

**3246 COLFAX AVENUE NORTH**
**MINNEAPOLIS,MN 55412**

## NOTICE OF ORDINANCE CODE VIOLATIONS

**Property Address in Violation: 2959 BRYANT AVE N          RFS #: 11-0824180**

On 06-APR-11, an inspection of your property at the above address disclosed conditions that are violations of Minneapolis Code of Ordinances.

## Please make the following corrections by the required due date of: 10-JUN-11

**Repair or replace deteriorating exterior attached stairways of this dwelling in a professional manner. Replacement of stairs requires a permit. Minneapolis Code of Ordinances 244.550. Violation Text 143.**

**Inspector's Comments:  FRONT**

**Repair or replace the attached porch(es) of this dwelling in a professional manner. Minneapolis Code of Ordinances 244.550  Violation Text 147.**

**Inspector's Comments:  FLOOR OF FRONT PORCH**

**Repair or replace the roof on this dwelling in a professional manner. Minneapolis Code of Ordinances 244.500  Violation Text 133.**

**Inspector's Comments:  ROOF OF REAR PORCH LEAKING**

**Repair or replace all torn, split or missing screening at this dwelling. Minneapolis Code of Ordinances 244.450  Violation Text 165.**

**Inspector's Comments:  WHERE DAMAGED ESPECIALLY BASEMENT WINDOWS**

**Every door opening directly from a dwelling unit or habitable room to outdoor space shall have supplied screens with a supplied self-closing device, and openable windows**

11-APR-11
RFS # 11-0824180
Page 1 of 3

revised DEC 2010

**Exhibit D, Page 2 of 7**

in each habitable room shall be supplied with a screen. Such screens shall have a mesh of not less than number fourteen (14) and shall be hung not later than May First of each year; provided, however, that such screens shall not be required in rooms located more than fifty (50) feet above ground level. Minneapolis Code of Ordinances 244.450 Violation Text 161.

Inspector's Comments: WHERE MISSING ESPECIALLY ON WEST SIDE OF DWELLING

Repair or replace the following item(s) listed below on the garage/ shed. All work to be accomplished in a professional manner. Minneapolis Code of Ordinances 244.1560 and 244.500. Violation Text 115.

Inspector's Comments: WINDOWS ALONG ALLEY & IN BACK & OVERHANG IN NORTHWEST CORNER

Repair or replace the deteriorating roof overhang of this dwelling in a professional manner and cover same with approved weather resistant covering. Minneapolis Code of Ordinances 244.500 Violation Text 149.

Inspector's Comments: SOUTHWEST CORNER

Provide a dust-free, erosion-free surface or ground cover for this property. Approved ground covers include grass, asphalt, concrete or other approved landscaping materials. Minneapolis Code of Ordinances 244.1570. THIS VIOLATION IS EXEMPT FROM REINSPECTION FEES. Violation Text 51.

Inspector's Comments: FRONT & REAR YARDS

After the due date an inspection will be done to ensure that all violations have been corrected.

**Failure to comply with order(s)** by required due date requires you to pay a one hundred dollar ($100.00) fee for each subsequent inspection **and may result civil and/or criminal legal action to be taken** per MCO Chapter 2 Sections 2.10, 2.20, 2.30 and 2.40

**Right to Appeal**
Chapter 242 of the Minneapolis Ordinances provides that an appeal may be filed if you disagree with these violations. If you would like to appeal these violation orders, please call (612) 673-5891 for an appeal form. You must file the form within 15 days of the date of this letter.

**HOUSING INSPECTION SERVICES WEBSITE**
www.ci.minneapolis.mn.us/inspections

Please call or e-mail me if you have questions, concerns or need assistance in understanding this order.

**VALERIE ASANTE (ASA), HOUSING INSPECTOR II, Phone: (612) 685-8448**
**E-mail: valerie.asante@ci.minneapolis.mn.us**

11-APR-11
RFS # 11-0824180
Page 2 of 3                                                                         revised DEC 2010

**Exhibit D, Page 3 of 7**

# List of Helpful Resources

## For seniors, disabled individuals, or low-income residents:

**The City's Senior Ombudsperson**
Assists **seniors** and **disabled persons** find services they need. **612-673-3004**

**A Brush with Kindness**
Volunteers help **low-income homeowners** do minor exterior repairs, light landscaping, clean-up, and painting. Able-bodied homeowners work alongside volunteers on repairs. Application deadline is in May. Pat Lund, **612-788-8169** or pat.lund@tchabit.com

**Handyworks**
Helps **seniors** live independently at home by matching them with people who can help with housekeeping, minor home repairs, lawn-mowing, snow removal, seasonal jobs, and outdoor chores. Application deadline is in the spring—please call for exact information. **612-721-8687, Ext. 329**

**Hearts & Hammers**
Volunteers paint the exteriors of homes owned by **seniors** who are not able to do the work themselves. They specialize in homes that are 2 stories or 2 ½ stories tall. They also do exterior rehab work, such as caulking, landscaping, etc., to restore the exterior character of the home and to improve its weatherproofing and security. All work is FREE and completed by a crew of volunteers in one day. Application deadline is in the spring—please call for exact information. **952-922-2451**

**Metro Paint-A-Thon**
Volunteers will scrape, prime and paint the exteriors of selected homes owned by **persons 60 years of age or older or by persons with permanent physical disabilities**. Application deadline is in May of each calendar year. **612-721-8687, Ext. 321**

**Rebuilding Together**
Rebuilding Together helps to preserve and revitalize houses, serving **low-income homeowners, seniors, disabled persons, and families with children**. They provide repairs - like roofing, plumbing, & electrical work - free of charge. **651-776-4273**

## Financing and Loans for a variety of income levels (check with your bank, too)

**Center for Energy & Environment (CEE) and Neighborhood Revitalization Program**
CEE offers a variety of low-interest loans and grants to **Minneapolis property owners – including rental property** - to help them fix-up their homes. On behalf of neighborhood groups, CEE also administers Neighborhood Revitalization Program (NRP) low-interest and forgivable loans for home improvement. Call CEE at **612-335-5884.**

**City Living Program.** Home-improvement loans. **612-673-5282**

**GHMC Housing Resource Center**
The Greater Metropolitan Housing Corporation (GMHC) Housing Resource Center provides code-abatement loans, home-improvement financing, deferred loans, construction consultations, and housing information. Call Denise at **612-378-7985.**

CITY OF MINNEAPOLIS
INSPECTIONS DIVISION
HOUSING MAINTENANCE SECTION
300 PUBLIC SERVICE CENTER
250 SOUTH 4TH STREET
MINNEAPOLIS, MINNESOTA 55415

# WARNING LETTER

RIAZ A SHAD

3246 COLFAX AVENUE NORTH
MINNEAPOLIS,MN 55412

22-AUG-11
Request Number: **11-0824180**

### Re: 2959 BRYANT AVE N

Upon Re-inspection of the attached orders on **22-AUG-11**, the inspector listed at the end of this paragraph found that the violations listed below still require correction.

Another inspection will be made after **06-SEP-11**. Please have all work completed by that time. Due to your failure to correct these violations, you will be charged $100 (one hundred dollars) for each additional inspection. Inspections conducted after the original due date could result in possible legal action.

The following corrections are required:

**Repair or replace deteriorating exterior attached stairways of this dwelling in a professional manner. Replacement of stairs requires a permit. Minneapolis Code of Ordinances 244.550. Violation Text 143.**

**Inspector's Comments: FRONT**

**Due Date: 10-JUN-2011**

**Repair or replace the roof on this dwelling in a professional manner. Minneapolis Code of Ordinances 244.500  Violation Text 133.**

**Inspector's Comments: ROOF OF REAR PORCH LEAKING**

**Due Date: 10-JUN-2011**

1

MAX
RFS# 11-0824180
*Our Mission: To provide quality education and consistent enforcement of the Housing Maintenance and other applicable codes to communities in order to maintain, improve, and protect the housing stock and the livability of the city.*

**Exhibit D, Page 5 of 7**

Repair or replace all torn, split or missing screening at this dwelling. Minneapolis Code of Ordinances 244.450  Violation Text 165.

Inspector's Comments:  WHERE DAMAGED ESPECIALLY BASEMENT WINDOWS

Due Date: 10-JUN-2011

Every door opening directly from a dwelling unit or habitable room to outdoor space shall have supplied screens with a supplied self-closing device, and openable windows in each habitable room shall be supplied with a screen. Such screens shall have a mesh of not less than number fourteen (14) and shall be hung not later than May First of each year; provided, however, that such screens shall not be required in rooms located more than fifty (50) feet above ground level. Minneapolis Code of Ordinances 244.450 Violation Text 161.

Inspector's Comments:  WHERE MISSING ESPECIALLY ON WEST SIDE OF DWELLING

Due Date: 10-JUN-2011

Repair or replace the following item(s) listed below on the garage/ shed. All work to be accomplished in a professional manner.  Minneapolis Code of Ordinances 244.1560 and 244.500. Violation Text 115.

Inspector's Comments:  WINDOWS ALONG ALLEY & IN BACK & OVERHANG IN NORTHWEST CORNER

Due Date: 10-JUN-2011

Repair or replace the deteriorating roof overhang of this dwelling in a professional manner and cover same with approved weather resistant covering. Minneapolis Code of Ordinances 244.500 Violation Text 149.

Inspector's Comments:  SOUTHWEST CORNER

Due Date: 10-JUN-2011

Provide a dust-free, erosion-free surface or ground cover for this property. Approved ground covers include grass, asphalt, concrete or other approved landscaping materials. Minneapolis Code of Ordinances 244.1570.  THIS VIOLATION IS EXEMPT FROM REINSPECTION FEES. Violation Text 51.

Inspector's Comments:  FRONT & REAR YARDS

Due Date: 10-JUN-2011

Your prompt cooperation in attending to the item(s) above would be appreciated.

2

MAX
RFS# 11-0824180
*Our Mission:* To provide quality education and consistent enforcement of the Housing Maintenance and other applicable codes to communities in order to maintain, improve, and protect the housing stock and the livability of the city.

**Exhibit D, Page 6 of 7**

If you have ANY questions about these orders, or if you are not the owner, agent or occupants, please call the inspector (whose name and number are at the end of these orders). If you are unable to reach the inspector during the time stated below, you may leave a message at any time by calling the same number.

## Housing Inspections observes the office hours of 8-4:30 Monday through Friday.

**Resource Information:**

The Greater Metropolitan Housing Corporation, (612) 378-7985, has information about home and rental property improvement loans. You may also contact CEE Financial Resources at 612-335-5884 or 651-731-2626 or Neighborhood Housing Services at 612-521-3581. You may also contact your neighborhood organization to inquire about) money or assistance from other sources.

**Permit Information:**
If it was indicated that you need a permit for any repairs, then you or your contractor must obtain a permit through our Plan Review section at 250 South 4th Street, Room 300. You may want to bring this letter for clarification.

**Code Information:**
The Minneapolis Code of Ordinances, including sections on the Housing Maintenance Code, is available on computer terminals at:
- Hennepin County Public Library, Government Documents Section
- City Clerk's Office, Room 304 City Hall, 350 South 5th Street

The code is also available through the Internet using the Minneapolis home page, www.ci.minneapolis.mn.us

Below are the steps to guide you through the web page:
- Click on Look Up.... Minneapolis Ordinances on the lower left corner of the page
- Click the Municipal Code Homepage link
- Either type the Code section you are looking for in the search box, or
- Select Title 12 Housing on the left frame of the page

ALL MATERIAL AND SERVICES ARE AVAILABLE IN ACCESSIBLE FORMATS.
SARAH MAXWELL (MAX), HOUSING INSPECTOR II, Phone: (612) 685-8446

---

English- Attention. If you want help translating this information, call:

Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700

Somali- Ogow. Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac 612-673-3500

Hmong-Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800

Sign Language Interpreter-  612-673-3220  TTY: 612-673-2626                                    HSG

---

3

MAX
RFS# 11-0824180
*Our Mission: To provide quality education and consistent enforcement of the Housing Maintenance and other applicable codes to communities in order to maintain, improve, and protect the housing stock and the livability of the city.*

**Exhibit D, Page 7 of 7**



**Regulatory Services & Emergency Preparedness--Housing Inspection Services Division**

Minneapolis
City of Lakes

250 South Fourth Street – Room 300   Minneapolis, Minnesota  55415
www.minneapolismn.gov

**Spanish- Atención.** Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700
**Somali- Ogow.** Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac  612-673-3500
**Hmong-Ceeb toom.** Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu  612-673-2800
**Sign Language Interpreter** -- 612-673-3220   TTY: 612-673-2157
If you want help translating this information in any other language, call 612-673-3737

**30-JAN-12**

**2959 BRYANT LLC**
**P O BOX 21096**

**COLUMBIA HEIGHTS,MN 55421**

## NOTICE OF ORDINANCE CODE VIOLATIONS

### Property Address in Violation: 2959 BRYANT AVE N        RFS #: 12-0894230

On 30-JAN-12, an inspection of your property at the above address disclosed conditions that are violations of Minneapolis Code of Ordinances.

## Please make the following corrections by the required due date of: 09-FEB-12

**Minneapolis Code of Ordinances requires all rental dwellings and dwelling units to be licensed. Each license must be renewed annually.  Every licensee shall notify the Inspection Division within fourteen (14) days of any changes in the names, addresses, and other information concerning the persons listed in the last license application filed with the division.  Licenses may be applied for in person in the office of the Department of Regulatory Services, Inspections Division, located  in the Public Service Center, Room 300, 250 South 4th Street.  Or call 311 for additional information. (If calling from outside the 612 area code, please dial 612-673-3000.) New owners may be required to provide proof of ownership.  Minneapolis Code of Ordinances 244.1810, 244.1840, 244.1860, 244.1870, 244.1970, 244.1980, and 244.2010.  THIS VIOLATION IS EXEMPT FROM REINSPECTION FEES.  Violation Text 180.**

**Inspector's Comments:**

After the due date an inspection will be done to ensure that all violations have been corrected.

**Failure to comply with order(s)** by required due date requires you to pay a one hundred dollar ($100.00) fee for each subsequent inspection **and may result civil and/or criminal legal action to be taken** per MCO Chapter 2 Sections 2.10, 2.20, 2.30 and 2.40

**Right to Appeal**
Chapter 242 of the Minneapolis Ordinances provides that an appeal may be filed if you disagree with these violations.  If you would like to appeal these violation orders, please call (612) 673-5891 for an appeal form. You must file the form within 15 days of the date of this letter.

30-JAN-12
RFS # 12-0894230
Page 1 of 3

revised DEC 2010

**Exhibit E, Page 1 of 3**

**HOUSING INSPECTION SERVICES WEBSITE**
www.minneapolismn.gov/inspections

Please call or e-mail me if you have questions, concerns or need assistance in understanding this order.

**SARAH MAXWELL (MAX), HOUSING INSPECTOR II, Phone: (612) 685-8446**
**E-mail: sarah.maxwell@ci.minneapolis.mn.us**

**Exhibit E, Page 2 of 3**

# List of Helpful Resources

## For seniors, disabled individuals, or low-income residents:

**The City's Senior Ombudsperson**
Assists **seniors** and **disabled persons** find services they need. **612-673-3004**

**A Brush with Kindness**
Volunteers help **low-income homeowners** do minor exterior repairs, light landscaping, clean-up, and painting. Able-bodied homeowners work alongside volunteers on repairs. Application deadline is in May. Pat Lund, **612-788-8169** or pat.lund@tchabit.com

**Handyworks**
Helps **seniors** live independently at home by matching them with people who can help with housekeeping, minor home repairs, lawn-mowing, snow removal, seasonal jobs, and outdoor chores. Application deadline is in the spring—please call for exact information. **612-721-8687, Ext. 329**

**Hearts & Hammers**
Volunteers paint the exteriors of homes owned by **seniors** who are not able to do the work themselves. They specialize in homes that are 2 stories or 2 ½ stories tall. They also do exterior rehab work, such as caulking, landscaping, etc., to restore the exterior character of the home and to improve its weatherproofing and security. All work is FREE and completed by a crew of volunteers in one day. Application deadline is in the spring—please call for exact information. **952-922-2451**

**Metro Paint-A-Thon**
Volunteers will scrape, prime and paint the exteriors of selected homes owned by **persons 60 years of age or older or by persons with permanent physical disabilities**. Application deadline is in May of each calendar year. **612-721-8687, Ext. 321**

**Rebuilding Together**
Rebuilding Together helps to preserve and revitalize houses, serving **low-income homeowners, seniors, disabled persons, and families with children**. They provide repairs - like roofing, plumbing, & electrical work - free of charge. **651-776-4273**

**Financing and Loans for a variety of income levels** (check with your bank, too)

**Center for Energy & Environment (CEE) and Neighborhood Revitalization Program**
CEE offers a variety of low-interest loans and grants to **Minneapolis property owners – including rental property** - to help them fix-up their homes. On behalf of neighborhood groups, CEE also administers Neighborhood Revitalization Program (NRP) low-interest and forgivable loans for home improvement. Call CEE at **612-335-5884.**

**City Living Program.** Home-improvement loans. **612-673-5282**

**GHMC Housing Resource Center**
The Greater Metropolitan Housing Corporation (GMHC) Housing Resource Center provides code-abatement loans, home-improvement financing, deferred loans, construction consultations, and housing information. Call Denise at **612-378-7985.**

30-JAN-12
RFS # 12-0894230
Page 3 of 3

revised DEC 2010

**Exhibit E, Page 3 of 3**



**Regulatory Services & Emergency Preparedness--Housing Inspection Services Division**
250 South Fourth Street – Room 300   Minneapolis, Minnesota  55415
www.minneapolismn.gov

**Spanish- Atención.** Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700
**Somali- Ogow.** Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac  612-673-3500
**Hmong-Ceeb toom.** Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu  612-673-2800
**Sign Language Interpreter** -- 612-673-3220   TTY: 612-673-2157
If you want help translating this information in any other language, call 612-673-3737

**02-MAR-12**

**2959 BRYANT LLC**
**P O BOX 21096**

**COLUMBIA HEIGHTS,MN 55421**

## NOTICE OF ORDINANCE CODE VIOLATIONS

**Property Address in Violation: 2959 BRYANT AVE N        RFS #: 12-0894230**

On 02-MAR-12, an inspection of your property at the above address disclosed conditions that are violations of Minneapolis Code of Ordinances.

## Please make the following corrections by the required due date of: 27-MAR-12

Minneapolis Code of Ordinances requires all rental dwellings and dwelling units to be licensed. Each license must be renewed annually. Every licensee shall notify the Inspection Division within fourteen (14) days of any changes in the names, addresses, and other information concerning the persons listed in the last license application filed with the division. Licenses may be applied for in person in the office of the Department of Regulatory Services, Inspections Division, located in the Public Service Center, Room 300, 250 South 4th Street. Or call 311 for additional information. (If calling from outside the 612 area code, please dial 612-673-3000.) New owners may be required to provide proof of ownership. Minneapolis Code of Ordinances 244.1810, 244.1840, 244.1860, 244.1870, 244.1970, 244.1980, and 244.2010. THIS VIOLATION IS EXEMPT FROM REINSPECTION FEES. Violation Text 180.

**Inspector's Comments:**

After the due date an inspection will be done to ensure that all violations have been corrected.

**Failure to comply with order(s)** by required due date requires you to pay a one hundred dollar ($100.00) fee for each subsequent inspection **and may result civil and/or criminal legal action to be taken** per MCO Chapter 2 Sections 2.10, 2.20, 2.30 and 2.40

**Right to Appeal**
Chapter 242 of the Minneapolis Ordinances provides that an appeal may be filed if you disagree with these violations. If you would like to appeal these violation orders, please call (612) 673-5891 for an appeal form. You must file the form within 15 days of the date of this letter.

30-JAN-12
RFS # 12-0894230
Page 1 of 3

revisec DEC 2010

**Exhibit F, Page 1 of 4**

## HOUSING INSPECTION SERVICES WEBSITE
www.minneapolismn.gov/inspections

Please call or e-mail me if you have questions, concerns or need assistance in understanding this order.

**SARAH MAXWELL (MAX), HOUSING INSPECTOR II, Phone: (612) 685-8446**
**E-mail: sarah.maxwell@ci.minneapolis.mn.us**

30-JAN-12
RFS # 12-0894230
Page 2 of 3

revisec DEC 2010

**Exhibit F, Page 2 of 4**

# List of Helpful Resources

## For seniors, disabled individuals, or low-income residents:

**The City's Senior Ombudsperson**
Assists **seniors** and **disabled persons** find services they need. **612-673-3004**

**A Brush with Kindness**
Volunteers help **low-income homeowners** do minor exterior repairs, light landscaping, clean-up, and painting. Able-bodied homeowners work alongside volunteers on repairs. Application deadline is in May. Pat Lund, **612-788-8169** or pat.lund@tchabit.com

**Handyworks**
Helps **seniors** live independently at home by matching them with people who can help with housekeeping, minor home repairs, lawn-mowing, snow removal, seasonal jobs, and outdoor chores. Application deadline is in the spring—please call for exact information. **612-721-8687, Ext. 329**

**Hearts & Hammers**
Volunteers paint the exteriors of homes owned by **seniors** who are not able to do the work themselves. They specialize in homes that are 2 stories or 2 ½ stories tall. They also do exterior rehab work, such as caulking, landscaping, etc., to restore the exterior character of the home and to improve its weatherproofing and security. All work is FREE and completed by a crew of volunteers in one day. Application deadline is in the spring—please call for exact information. **952-922-2451**

**Metro Paint-A-Thon**
Volunteers will scrape, prime and paint the exteriors of selected homes owned by **persons 60 years of age or older or by persons with permanent physical disabilities**. Application deadline is in May of each calendar year. **612-721-8687, Ext. 321**

**Rebuilding Together**
Rebuilding Together helps to preserve and revitalize houses, serving **low-income homeowners, seniors, disabled persons, and families with children.** They provide repairs - like roofing, plumbing, & electrical work - free of charge. **651-776-4273**

### Financing and Loans for a variety of income levels (check with your bank, too)

**Center for Energy & Environment (CEE) and Neighborhood Revitalization Program**
CEE offers a variety of low-interest loans and grants to **Minneapolis property owners – including rental property** - to help them fix-up their homes. On behalf of neighborhood groups, CEE also administers Neighborhood Revitalization Program (NRP) low-interest and forgivable loans for home improvement. Call CEE at **612-335-5884.**

**City Living Program.** Home-improvement loans. **612-673-5282**

**GHMC Housing Resource Center**
The Greater Metropolitan Housing Corporation (GMHC) Housing Resource Center provides code-abatement loans, home-improvement financing, deferred loans, construction consultations, and housing information. Call Denise at **612-378-7985.**

CITY OF MINNEAPOLIS
INSPECTIONS DIVISION
HOUSING MAINTENANCE SECTION
300 PUBLIC SERVICE CENTER
250 SOUTH 4TH STREET
MINNEAPOLIS, MINNESOTA 55415

# ADMINISTRATIVE CITATION

This citation charges you with a violation of Minneapolis City Code of Ordinances.
For information on how to respond to this citation, see the reverse side of this form.

02-MAR-12

2959 BRYANT LLC
P O BOX 21096

COLUMBIA HEIGHTS,MN 55421

**Violation number:**   12-0894230
**Violation Location:**   2959 BRYANT AVE N
**Violation Date:**   02-MAR-12

**Violation:** 244.1810, 244.1840, 244.1860, 244.1910, 244.200, 244.150

**Violation type:** LICENSING

**FINE:** $500 (If not paid by 27-MAR-12 a 10% late payment fee will be added)

**Officer or Inspector:** SARAH MAXWELL (MAX), HOUSING INSPECTOR II, Phone: (612) 685-8446

## Warning – Failure to pay or appeal this citation within twenty (20) days will result in increased penalties and fees assessed.

**Make Checks Payable to:** MINNEAPOLIS FINANCE DEPARTMENT

Yog xav paub tshaj nos ntxiv, hu 612-673-3000. Macluumaad dheeri ah, kala soo xiriir 612-673-3000.
Para mas información llame 612-673-3000.

## DO NOT COMBINE THIS PAYMENT WITH ANY OTHER CITY BILLING

MICRO-PERFORATED: Detach and return this portion with payment. Do not fold this

## ADMINISTRATIVE CITATION BILLING STATEMENT

| **Location:**<br>2959 BRYANT AVE N | **MAIL PAYMENTS TO**<br><br>Inspections Division | **Date Due**<br>27-MAR-12 | **Amount Due**<br>Now<br>$500 |
|---|---|---|---|
| **Please write this number on your check: 12-0894230** | 250 South 4th St, Suite 300<br>Minneapolis MN 55415-1316 | Amount Due After: 27-MAR-12<br>$   550 | |

**Exhibit F, Page 4 of 4**

<u>Penalty for removal $700.00 fine and/or 90 days imprisonment</u>

## City of Minneapolis
## Department of Inspections
## Placard Of

## UNLAWFUL OCCUPANCY

In accordance with Chapter 244 Minneapolis Code of Ordinances, The premises, building, structure or any portion thereof and located at <u>2959 BRYANT AVE N</u> is hereby ordered to vacated because of Section(s) <u>MINNEAPOLIS CODE OF ORDINANCES 244.1810 & 244.1860, FAILURE TO OBTAIN A RENTAL LICENSE</u> of the Minneapolis Code of Ordinances.  Description of violation: <u>Related Violation Codes: 180 FAILURE TO OBTAIN A RENTAL LICENSE</u>

In accordance with Section 244.1450, 244.200, 244.1810, 244.1860 and 244.1970 of the Minneapolis Code of Ordinances this building premise, structure or portion thereof must be vacated by: <u>01-OCT-12</u>

Date Placard Posted: <u>16-AUG-12</u>

Phone #:<u>(612) 685-8446</u>

**Spanish- Atención.** Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700
**Somali- Ogow.** Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac  612-673-3500
**Hmong-Ceeb toom.** Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu  612-673-2800
**Sign Language Interpreter** -- 612-673-3220   TTY: 612-673-2157
If you want help translating this information in any other language, call 612-673-3737

3

MAX
*RFS#* 12-0894230

**Exhibit G, Page 1 of 1**

CITY OF MINNEAPOLIS
INSPECTIONS DIVISION
HOUSING MAINTENANCE SECTION
300 PUBLIC SERVICE CENTER
250 SOUTH 4TH STREET
MINNEAPOLIS, MINNESOTA 55415

2959 BRYANT LLC
P O BOX 21096

COLUMBIA HEIGHTS,MN 55421

17-AUG-12
Request Number: 12-0894230

### Re: 2959 BRYANT AVE N

An inspection on **16-AUG-12** of the premises at the above address disclosed conditions that are violations of the Minneapolis Code of Ordinances. An inspection will be done at no charge after the listed due date(s).

Failure to comply with the orders below by the due date(s) may result in a One hundred dollar ($100.00) fee for each additional inspection (except those which are exempt), and possible legal action. The fee will be billed directly to the responsible party(ies) per Minneapolis Ordinance 244.190.

The following corrections are required:

**Minneapolis Code of Ordinances requires all rental dwellings and dwelling units to be licensed. Each license must be renewed annually. Every licensee shall notify the Inspection Division within fourteen (14) days of any changes in the names, addresses, and other information concerning the persons listed in the last license application filed with the division. Licenses may be applied for in person in the office of the Department of Regulatory Services, Inspections Division, located in the Public Service Center, Room 300, 250 South 4th Street. Or call 311 for additional information. (If calling from outside the 612 area code, please dial 612-673-3000.) New owners may be required to provide proof of ownership. Minneapolis Code of Ordinances 244.1810, 244.1840, 244.1860, 244.1870, 244.1970, 244.1980, and 244.2010. THIS VIOLATION IS EXEMPT FROM REINSPECTION FEES. Violation Text 180.**

**Inspector's Comments:**

**Due Date: 09-FEB-2012**

Your prompt cooperation in attending to the item(s) above would be appreciated.

IF YOU HAVE ANY QUESTIONS ABOUT THESE ORDERS, OR IF YOU ARE NOT THE OWNER, AGENT OR OCCUPANT, PLEASE CALL THE INSPECTOR WHOSE NAME AND NUMBER ARE AT THE END OF THESE ORDERS. If you are unable to reach the inspector during observed office hours, you may leave a message at any time by calling the same number.

1

MAX
RFS# 12-0894230

**Exhibit H, Page 1 of 2**

**Code Information:**
The Minneapolis Code of Ordinances, including sections on the Housing Maintenance Code, is available on computer terminals at:
- Hennepin County Public Library, Government Documents Section
- City Clerk's Office, Room 304 City Hall, 350 South 5th Street

The code is also available on the internet at http://www.minneapolismn.gov

Chapter 242 of the Minneapolis Ordinances provides that an appeal may be filed within fifteen (15) days of the issuance of this order. If you wish to appeal this order, call 673-5850 for an application.

If these orders are for repairs to your house or garage, and if you need financial assistance to complete them, you may call the MCDA (673-5286) for information on home improvement loans.

IF A PERMIT IS REQUIRED, THE HOUSING ORDERS MUST BE PRESENTED AT THE PLAN REVIEW COUNTER FOR PERMIT ISSUANCE BY EITHER THE PROPERTY OWNER OR CONTRACTOR.

All materials and services are available in accessible formats.

SARAH MAXWELL (MAX), HOUSING INSPECTOR II, Phone: (612) 685-8446

**Housing Inspections observes office hours of 8 to 4:30 Monday through Friday.**

---

**Spanish- Atención.** Si desea recibir asistencia gratuita para traducir esta información, llama 612-673-2700
**Somali- Ogow.** Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac 612-673-3500
**Hmong-Ceeb toom.** Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
**Sign Language Interpreter** – 612-673-3220    TTY: 612-673-2157
If you want help translating this information in any other language, call 612-673-3737

---

2

MAX
*RFS#* 12-0894230

**Exhibit H, Page 2 of 2**

<u>Penalty for removal $700.00 fine and/or 90 days imprisonment</u>

## City of Minneapolis
## Department of Inspections
## Placard Of

## UNLAWFUL OCCUPANCY

In accordance with Chapter 244 Minneapolis Code of Ordinances, The premises, building, structure or any portion thereof and located at <u>2959 BRYANT AVE N</u> is hereby ordered to vacated because of Section(s) <u>CHAPTER 244</u> of the Minneapolis Code of Ordinances.  Description of violation: <u>FAILURE TO OBTAIN RENTAL LICENSE OR PROVIDE PROOF OF OWNERSHIP</u>
<u>Related Violation Codes: 180 FAILURE TO OBTAIN A RENTAL LICENSE</u>

In accordance with Section 244.1450, 244.200, 244.1810, 244.1860 and 244.1970 of the Minneapolis Code of Ordinances this building premise, structure or portion thereof must be vacated by: <u>30-APR-13</u>

Date Placard Posted: <u>20-MAR-13</u>

Phone #:<u>(612) 685-8576</u>

**Spanish- Atención.** Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700
**Somali- Ogow.** Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac  612-673-3500
**Hmong-Ceeb toom.** Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu  612-673-2800
**Sign Language Interpreter** -- 612-673-3220   TTY: 612-673-2157
If you want help translating this information in any other language, call 612-673-3737

3

TRA
*RFS#* 12-0894230

**Exhibit I, Page 1 of 1**

CITY OF MINNEAPOLIS
INSPECTIONS DIVISION
HOUSING MAINTENANCE SECTION
300 PUBLIC SERVICE CENTER
250 SOUTH 4TH STREET
MINNEAPOLIS, MINNESOTA 55415

2959 BRYANT LLC
P O BOX 21096

COLUMBIA HEIGHTS,MN 55421

20-MAR-13
Request Number: 12-0894230

### Re: 2959 BRYANT AVE N

An inspection on **20-MAR-13** of the premises at the above address disclosed conditions that are violations of the Minneapolis Code of Ordinances. An inspection will be done at no charge after the listed due date(s).

Failure to comply with the orders below by the due date(s) may result in a One hundred dollar ($100.00) fee for each additional inspection (except those which are exempt), and possible legal action. The fee will be billed directly to the responsible party(ies) per Minneapolis Ordinance 244.190.

The following corrections are required:

**Minneapolis Code of Ordinances requires all rental dwellings and dwelling units to be licensed. Each license must be renewed annually. Every licensee shall notify the Inspection Division within fourteen (14) days of any changes in the names, addresses, and other information concerning the persons listed in the last license application filed with the division. Licenses may be applied for in person in the office of the Department of Regulatory Services, Inspections Division, located in the Public Service Center, Room 300, 250 South 4th Street. Or call 311 for additional information. (If calling from outside the 612 area code, please dial 612-673-3000.) New owners may be required to provide proof of ownership. Minneapolis Code of Ordinances 244.1810, 244.1840, 244.1860, 244.1870, 244.1970, 244.1980, and 244.2010. THIS VIOLATION IS EXEMPT FROM REINSPECTION FEES. Violation Text 180.**

**Inspector's Comments: WILL VACATE BUILDING ON MAY 1, 2013**

**Due Date: 09-FEB-2012**

Your prompt cooperation in attending to the item(s) above would be appreciated.

IF YOU HAVE ANY QUESTIONS ABOUT THESE ORDERS, OR IF YOU ARE NOT THE OWNER, AGENT OR OCCUPANT, PLEASE CALL THE INSPECTOR WHOSE NAME AND NUMBER ARE AT THE END OF THESE ORDERS. If you are unable to reach the inspector during observed office hours, you may leave a message at any time by calling the same number.

1

TRA
*RFS#* 12-0894230

**Exhibit J, Page 1 of 3**

**Code Information:**
The Minneapolis Code of Ordinances, including sections on the Housing Maintenance Code, is available on computer terminals at:
♦ Hennepin County Public Library, Government Documents Section
♦ City Clerk's Office, Room 304 City Hall, 350 South 5th Street

The code is also available on the internet at http://www.minneapolismn.gov

Chapter 242 of the Minneapolis Ordinances provides that an appeal may be filed within fifteen (15) days of the issuance of this order. If you wish to appeal this order, call 673-5850 for an application.

If these orders are for repairs to your house or garage, and if you need financial assistance to complete them, you may call the MCDA (673-5286) for information on home improvement loans.

IF A PERMIT IS REQUIRED, THE HOUSING ORDERS MUST BE PRESENTED AT THE PLAN REVIEW COUNTER FOR PERMIT ISSUANCE BY EITHER THE PROPERTY OWNER OR CONTRACTOR.

All materials and services are available in accessible formats.

BRYAN STARRY (BKS), HOUSING INSPECTOR II, Phone: (612) 685-8576

**Housing Inspections observes office hours of 8 to 4:30 Monday through Friday.**

---

**Spanish- Atención.** Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700
**Somali- Ogow.** Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac  612-673-3500
**Hmong-Ceeb toom.** Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu  612-673-2800
**Sign Language Interpreter** -- 612-673-3220   TTY: 612-673-2157
If you want help translating this information in any other language, call 612-673-3737

---

2

TRA
*RFS#* 12-0894230

**Exhibit J, Page 2 of 3**

CITY OF MINNEAPOLIS
INSPECTIONS DIVISION
HOUSING MAINTENANCE SECTION
300 PUBLIC SERVICE CENTER
250 SOUTH 4TH STREET
MINNEAPOLIS, MINNESOTA 55415

# ADMINISTRATIVE CITATION

This citation charges you with a violation of Minneapolis City Code of Ordinances.
For information on how to respond to this citation, see the reverse side of this form.

20-MAR-13

2959 BRYANT LLC
P O BOX 21096

COLUMBIA HEIGHTS,MN 55421

**Violation number:**    12-0894230
**Violation Location:**    2959 BRYANT AVE N
**Violation Date:**    20-MAR-13

**Violation:**  Fail to comply with written orders, Minneapolis Code 87.90 (f).

**Violation type:** LICENSING

**FINE:** $2000 (If not paid by 14-APR-13 a 10% late payment fee will be added)

**Officer or Inspector:** BRYAN STARRY (BKS), HOUSING INSPECTOR II, Phone: (612) 685-8576

## Warning – Failure to pay or appeal this citation within twenty (20) days will result in increased penalties and fees assessed.

**Make Checks Payable to:** MINNEAPOLIS FINANCE DEPARTMENT

Yog xav paub tshaj nos ntxiv, hu 612-673-3000.  Macluumaad dheeri ah, kala soo xiriir  612-673-3000.
Para mas información llame  612-673-3000.

## DO NOT COMBINE THIS PAYMENT WITH ANY OTHER CITY BILLING

MICRO-PERFORATED: Detach and return this portion with payment. Do not fold this

### ADMINISTRATIVE CITATION BILLING STATEMENT

| Location:<br>2959 BRYANT AVE N | MAIL PAYMENTS TO<br><br>Inspections Division | Date Due<br>14-APR-13 | Amount Due<br>Now<br>$2000 |
|---|---|---|---|
| Please write this number<br>on your check: 12-<br>0894230 | 250 South 4th St, Suite 300<br>Minneapolis MN  55415-1316 | Amount Due After: 14-APR-13<br>$    2200 | |

**Exhibit J, Page 3 of 3**



**Regulatory Services & Emergency Preparedness--Housing Inspection Services Division**
250 South Fourth Street – Room 300   Minneapolis, Minnesota  55415
www.minneapolismn.gov

**Spanish- Atención.** Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700
**Somali- Ogow.** Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac  612-673-3500
**Hmong-Ceeb toom.** Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu  612-673-2800
**Sign Language Interpreter --** 612-673-3220   TTY: 612-673-2157
If you want help translating this information in any other language, call 612-673-3737

**22-MAR-13**

**RIAZ A SHAD**

**3246 COLFAX AVENUE NORTH**
**MINNEAPOLIS,MN 55412**

## *EXTENSION NOTICE OF ORDINANCE CODE VIOLATIONS*

*Property Address in Violation:* **2959 BRYANT AVE N**          **RFS #:  11-0824180**

On 19-JAN-13, an extension was given by your inspector for the violations listed below.

## Please make the following corrections by the extended due date of: 01-JUN-13

Provide a dust-free, erosion-free surface or ground cover for this property. Approved ground covers include grass, asphalt, concrete or other approved landscaping materials. Minneapolis Code of Ordinances 244.1570.  THIS VIOLATION IS EXEMPT FROM REINSPECTION FEES. Violation Text 51.

Inspector's Comments:  FRONT & REAR YARDS

Original Due Date: 10-JUN-2011

Repair or replace the deteriorating roof overhang of this dwelling in a professional manner and cover same with approved weather resistant covering. Minneapolis Code of Ordinances 244.500 Violation Text 149.

Inspector's Comments:  SOUTHWEST CORNER

Original Due Date: 10-JUN-2011

Every door opening directly from a dwelling unit or habitable room to outdoor space shall have supplied screens with a supplied self-closing device, and openable windows in each habitable room shall be supplied with a screen. Such screens shall have a mesh of not less than number fourteen (14) and shall be hung not later than May First of each year; provided, however, that such screens shall not be required in rooms located more than fifty (50) feet above ground level. Minneapolis Code of Ordinances 244.450 Violation Text 161.

Inspector's Comments:  WHERE MISSING ESPECIALLY ON WEST SIDE OF DWELLING

**Exhibit K, Page 1 of 2**

Original Due Date: 10-JUN-2011

Repair or replace all torn, split or missing screening at this dwelling. Minneapolis Code of Ordinances 244.450 Violation Text 165.

Inspector's Comments: WHERE DAMAGED ESPECIALLY BASEMENT WINDOWS

Original Due Date: 10-JUN-2011

After the extended due date, an inspection will be done to ensure that all violations have been corrected.

**Failure to comply with order(s) by required due date requires you to pay a one hundred dollar ($100.00) fee for each subsequent inspection** and **may result civil and/or criminal legal action** to be taken per MCO Chapter 2 Sections 2.10, 2.20, 2.30 and 2.40

## HOUSING INSPECTION SERVICES WEBSITE
www.minneapolismn.gov/inspections

Please call or e-mail me if you have questions, concerns or need assistance in understanding this order.

**BRYAN STARRY (BKS), HOUSING INSPECTOR II, Phone: (612) 685-8576**

**E-mail: bryan.starry@minneapolismn.gov**

22-MAR-13
/THN
RFS # 11-0824180
Page 2 of 2

revised September 2011

**Exhibit K, Page 2 of 2**

RUN DATE 01/13/09       HENNEPIN COUNTY PROPERTY INFORMATION SYSTEM       REPORT NO. PI433401
2008 TAX BOOK
01    MINNEAPOLIS

METES AND BOUNDS                 DST SHD DST

MARC F BERGEN                   "HARMONY TERRACE"            001 003   12940 3950   09-029-24 41 0058
FED HOME LOAN MTGE CO            000.00 001 6       2959     BRYANT AVE N
7700 W PARMER LA BLDG D           STATUS: CURRENT
AUSTIN TX   78729                                       CONSTRUCTION YEAR 1913
TAXABLE MARKET      146,500

               QUALIFYING AMT        .00     DIVISION NO
NET TAX CAPACITY     1,465   FD SHARED TC              DIVISION DATE
               FD AREA RATE     00000000    SEE ID S
IF PROJ AMT              IF PROJECT NO.

TAX LEVY/DESCRIPTION HMSTDPRTYP   RATE       AMOUNT       LAND       BLDG      MACH OWN%   BASE1    BASE2   NHBASE     NON-HMST
NON-HOMESTEAD GROSS TX   N   R   119.7880    3,669.52    18,800   127,700                            1,465
MARKET VALUE TAX           .11217      164.32
STATE PAID AID        119.4760    1,750.32CR
SOLID WASTE FEE                   23.20
           TOTAL TAX      1,942.40

PAYMENTS/REFUNDS     TYPE DATE PRCSD     TAX      PENALTY MAIL DATE BTCH   CSHR     WARR NO
                  PAY   05-07-08     971.20      .00   05/07/08   88     742
                  PAY   10-03-08     971.20      .00   10/03/08   88     742
                  TOTAL PAID    1,942.40



OWNER                   MORT CODE/LOAN #    ADDITION NAME                      LOT BLK   PLAT   PARCEL   PROPERTY I.D.
TAXPAYER NAME/ADDRESS      ESCROW NAME/ADDRESS       ACREAGE SCH WTR SEW   PROPERTY ADDRESS           SN TWP RG QQ SUFX
METES AND BOUNDS                                   DST SHD DST

LAWRENCE ROSE                   "HARMONY TERRACE"            002 003   12940 4000   09-029-24 41 0059
LAWRENCE ROSE                   000.00 001 6       2955     BRYANT AVE N
2955 BRYANT AVE N             STATUS: CURRENT
MINNEAPOLIS MN   55411                                    CONSTRUCTION YEAR 1894
TAXABLE MARKET      108,900

               QUALIFYING AMT        .00     DIVISION NO
NET TAX CAPACITY     1,089   FD SHARED TC              DIVISION DATE
               FD AREA RATE     00000000    SEE ID S
IF PROJ AMT              IF PROJECT NO.

TAX LEVY/DESCRIPTION HMSTDPRTYP   RATE       AMOUNT       LAND       BLDG      MACH OWN%   BASE1    BASE2   NHBASE     NON-HMST
NON-HOMESTEAD GROSS TX   N   R   119.7880    2,727.71    26,500    88,000                            1,089
                         LIMITED VALUE      25,200    83,700
MARKET VALUE TAX           .11217      122.14
STATE PAID AID        119.4760    1,301.09CR
SOLID WASTE FEE                   17.24
           TOTAL TAX      1,443.86

PAYMENTS/REFUNDS     TYPE DATE PRCSD     TAX      PENALTY MAIL DATE BTCH   CSHR     WARR NO
                  PAY   05-15-08     721.93      .00   05/15/08   88     033
                  PAY   10-15-08     721.93      .00   10/15/08   88     033

THIS DOCUMENT IS A TRUE
COPY OF THE ORIGINAL INFORMATION
ON FILE IN THIS OFFICE.

RESIDENT AND REAL ESTATE SERVICES MANAGER
HENNEPIN COUNTY MN

BY

DEPUTY



13875 HWY 13 S
SAVAGE MN  55378              STATUS: CURRENT                                  CONSTRUCTION YEAR 1912
TAXABLE MARKET     134,000

NET TAX CAPACITY    1,675    QUALIFYING AMT       .00      DIVISION NO
                             FD SHARED TC             DIVISION DATE
                             FD AREA RATE     00000000    SEE ID S
IF PROJ AMT              IF PROJECT NO.

| TAX LEVY/DESCRIPTION | HMSTD | PRTYP | RATE | AMOUNT | LAND | BLDG | MACH | OWN% | BASE1 | BASE2 | NHBASE | NON-HMST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NON-HOMESTEAD GROSS TX | N | SR | 128.0880 | 2,396.32 | 25,900 | 108,100 | | | | | | 1,675 |
| MARKET VALUE TAX | | | .18722 | 250.86 | | | | | | | | |
| SOLID WASTE FEE | | | | 14.68 | | | | | | | | |
| 01057 SNOW & ICE REMOVAL | | | | 86.68 | | | | | | | | |
| 01080 RUBBISH REMOVAL | | | | 137.69 | | | | | | | | |
| 01081 WEED REMOVAL | | | | 130.81 | | | | | | | | |
| | | | TOTAL TAX | 2,766.18 | | | | | | | | |

| PAYMENTS/REFUNDS | TYPE DATE PRCSD | TAX | PENALTY | MAIL DATE | BTCH | CSHR | WARR NO | OPEN PD THRU DATE 11/02 |
|---|---|---|---|---|---|---|---|---|
| | PAY 10-29-09 | 2,766.18 | 221.29 | 10/29/09 | 88 | 033 | | |
| | TOTAL PAID | 2,766.18 | | | | | | |

OWNER                     MORT CODE/LOAN #    ADDITION NAME                      LOT BLK  PLAT  PARCEL  PROPERTY I.D.
  TAXPAYER NAME/ADDRESS      ESCROW NAME/ADDRESS      ACREAGE SCH WTR SEW  PROPERTY ADDRESS                  SN TWP RG QQ SUFX
    METES AND BOUNDS                            DST SHD DST

DEVIKANAND PETERS                        "HARMONY TERRACE"                   030 002  12940 3900  09-029-24 41 0057
RICHARD LENTNER                         000.12 001  6     2956    BRYANT AVE N
3125 CEDAR ST  #109                    STATUS: CURRENT
MONTICELLO MN  55362                                          CONSTRUCTION YEAR 1915
TAXABLE MARKET     135,000

NET TAX CAPACITY    1,350    QUALIFYING AMT       .00      DIVISION NO           EARLIEST DELQ YR   2006
                             FD SHARED TC             DIVISION DATE
                             FD AREA RATE     00000000    SEE ID S
IF PROJ AMT              IF PROJECT NO.

| TAX LEVY/DESCRIPTION | HMSTD | PRTYP | RATE | AMOUNT | LAND | BLDG | MACH | OWN% | BASE1 | BASE2 | NHBASE | NON-HMST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NON-HOMESTEAD GROSS TX | N | R | 128.0880 | 1,981.91 | 17,300 | 117,700 | | | | | | 1,350 |
| MARKET VALUE TAX | | | .18722 | 252.74 | | | | | | | | |
| SOLID WASTE FEE | | | | 14.79 | | | | | | | | |
| 01017 DEL UTILITY CHARGES | | | | 62.80 | | | | | | | | |
| | | | TOTAL TAX | 2,059.50 | | | | | | | | |
| | | | TOTAL PAID | .00 | | | | | AMT UNPAID | | 2,059.50 | |

OWNER                     MORT CODE/LOAN #    ADDITION NAME                      LOT BLK  PLAT  PARCEL  PROPERTY I.D.
  TAXPAYER NAME/ADDRESS      ESCROW NAME/ADDRESS      ACREAGE SCH WTR SEW  PROPERTY ADDRESS                  SN TWP RG QQ SUFX
    METES AND BOUNDS                            DST SHD DST

THEYSEE LLC                            "HARMONY TERRACE"                   001 003  12940 3950  09-029-24 41 0058
THEYSEE LLC                            000.12 001  6     2959    BRYANT AVE N

THIS DOCUMENT IS A TRUE
COPY OF THE ORIGINAL INFORMATION
ON FILE IN THIS OFFICE.

RESIDENT AND REAL ESTATE SERVICES MANAGER
HENNEPIN COUNTY MN

BY _____ DEPUTY

2009 TAX BOOK
01    MINNEAPOLIS



```
12141 CORAL SEA ST NE                        STATUS: CURRENT
BLAINE MN  55449                                                            CONSTRUCTION YEAR 1913
TAXABLE MARKET        131,500
                           QUALIFYING AMT        .00      DIVISION NO
NET TAX CAPACITY        1,315   FD SHARED TC              DIVISION DATE
                                FD AREA RATE    00000000  SEE ID S
IF PROJ AMT                     IF PROJECT NO.
```

| TAX LEVY/DESCRIPTION | HMSTD | PR | TYP | RATE | AMOUNT | LAND | BLDG | MACH OWN% | BASE1 | BASE2 | NHBASE | NON-HMST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NON-HOMESTEAD GROSS TX | N | R | | 128.0880 | 1,930.54 | 18,800 | 112,700 | | | | 1,315 | |
| MARKET VALUE TAX | | | | .18722 | 246.19 | | | | | | | |
| SOLID WASTE FEE | | | | | 14.41 | | | | | | | |
| 01017  DEL UTILITY CHARGES | | | | | 157.00 | | | | | | | |
| 01081  WEED REMOVAL | | | | | 147.11 | | | | | | | |
| TOTAL TAX | | | | | 2,249.06 | | | | | | | |

| PAYMENTS/REFUNDS | TYPE | DATE PRCSD | TAX | PENALTY | MAIL DATE | BTCH | CSHR | WARR NO |
|---|---|---|---|---|---|---|---|---|
| | PAY | 05-06-09 | 1,124.53 | .00 | 05/06/09 | 16 | 007 | |
| | PAY | 05-07-09 | 1,124.53 | .00 | 05/07/09 | 88 | 742 | |
| | TOTAL PAID | | 2,249.06 | | | | | |

PREV OWNER FEDERAL HOME LOAN MTG CO

```
OWNER                      MORT CODE/LOAN #    ADDITION NAME                    LOT BLK  PLAT   PARCEL  PROPERTY I.D.
 TAXPAYER NAME/ADDRESS     ESCROW NAME/ADDRESS    ACREAGE SCH WTR SEW  PROPERTY ADDRESS          SN TWP RG QQ SUFX
 METES AND BOUNDS                                   DST SHD DST

LAWRENCE ROSE                                 "HARMONY TERRACE"                002 003  12940  4000   09-029-24 41 0059
LAWRENCE ROSE                                  000.12 001  6        2955       BRYANT AVE N
2955 BRYANT AVE N                              STATUS: CURRENT
MINNEAPOLIS MN   55411                                                        CONSTRUCTION YEAR 1894
TAXABLE MARKET         98,500
                          QUALIFYING AMT        .00      DIVISION NO
NET TAX CAPACITY         985    FD SHARED TC             DIVISION DATE
                                FD AREA RATE    00000000  SEE ID S
IF PROJ AMT                     IF PROJECT NO.
```

| TAX LEVY/DESCRIPTION | HMSTD | PR | TYP | RATE | AMOUNT | LAND | BLDG | MACH OWN% | BASE1 | BASE2 | NHBASE | NON-HMST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NON-HOMESTEAD GROSS TX | N | R | | 128.0880 | 1,446.07 | 26,500 | 72,000 | | | | 985 | |
| MARKET VALUE TAX | | | | .18722 | 184.41 | | | | | | | |
| SOLID WASTE FEE | | | | | 10.79 | | | | | | | |
| TOTAL TAX | | | | | 1,456.86 | | | | | | | |

| PAYMENTS/REFUNDS | TYPE | DATE PRCSD | TAX | PENALTY | MAIL DATE | BTCH | CSHR | WARR NO |
|---|---|---|---|---|---|---|---|---|
| | PAY | 05-20-09 | 728.43 | .00 | 05/15/09 | 07 | 007 | |
| | PAY | 10-15-09 | 728.43 | .00 | 10/15/09 | 88 | 033 | |
| | TOTAL PAID | | 1,456.86 | | | | | |

```
OWNER                      MORT CODE/LOAN #    ADDITION NAME                    LOT BLK  PLAT   PARCEL  PROPERTY I.D.
```

THIS DOCUMENT IS A TRUE COPY OF THE ORIGINAL INFORMATION ON FILE IN THIS OFFICE.

RESIDENT AND REAL ESTATE SERVICES MANAGER
HENNEPIN COUNTY MN

BY

DEPUTY

CASE 0:18-cv-01933-NEB-ECW   Doc. 1-2   Filed 07/11/18   Page 36 of 74

RUN DATE 01/11/11       HENNEPIN COUNTY PROPERTY INFORMATION SYSTEM       REPORT NO. PI433401
2010 TAX BOOK
01     MINNEAPOLIS



MONTICELLO MN   55362                                      CONSTRUCTION YEAR 1915
TAXABLE MARKET      108,000

NET TAX CAPACITY      1,080    QUALIFYING AMT       .00      DIVISION NO          EARLIEST DELQ YR - 2006
                           FD SHARED TC                    DIVISION DATE
                           FD AREA RATE      00000000      SEE ID S             COMPOSITE JUDGEMENT NUMBER 29909
IF PROJ AMT           IF PROJECT NO.

| TAX LEVY/DESCRIPTION | HMSTD | PRTYP | RATE | AMOUNT | LAND | BLDG | MACH | OWN% | BASE1 | BASE2 | NHBASE | NON-HMST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NON-HOMESTEAD GROSS TX | N | R | 127.4610 | 1,577.68 | 17,300 | 90,700 | | | | | | 1,080 |
| MARKET VALUE TAX | | | .18622 | 201.11 | | | | | | | | |
| 01017   DEL UTILITY CHARGES | | | | 738.88 | | | | | | | | |
| TOTAL TAX | | | | 2,316.56 | | | | | | | | |

| PAYMENTS/REFUNDS | TYPE | DATE PRCSD | TAX | PENALTY | MAIL DATE | BTCH | CSHR | WARR NO | PEN PD THRU DATE 08/02 |
|---|---|---|---|---|---|---|---|---|---|
| | PAY | 07-15-10 | 1,158.28 | 104.25 | | 01 | | | |
| | TOTAL PAID | | 1,158.28 | | | | | AMT UNPAID    1,158.28 | |

| OWNER | MORT CODE/LOAN # | ADDITION NAME | | LOT BLK   PLAT   PARCEL   PROPERTY I.D. |
|---|---|---|---|---|
| TAXPAYER NAME/ADDRESS | ESCROW NAME/ADDRESS | ACREAGE SCH WTR SEW | PROPERTY ADDRESS | SN TWP RG QQ SUFX |
| METES AND BOUNDS | | DST SHD DST | | |

THEYSEE LLC                                  "HARMONY TERRACE"                001 003   12940 3950   09-029-24 41 0058
2959 BRYANT LLC                            000.12 001   6       2959     BRYANT AVE N
P O BOX 21096                                 STATUS: CURRENT
COLUMBIA HEIGHTS MN    55421                               CONSTRUCTION YEAR 1913
TAXABLE MARKET      105,000

NET TAX CAPACITY      1,050    QUALIFYING AMT       .00      DIVISION NO
                           FD SHARED TC                    DIVISION DATE
                           FD AREA RATE      00000000      SEE ID S
IF PROJ AMT           IF PROJECT NO.

| TAX LEVY/DESCRIPTION | HMSTD | PRTYP | RATE | AMOUNT | LAND | BLDG | MACH | OWN% | BASE1 | BASE2 | NHBASE | NON-HMST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NON-HOMESTEAD GROSS TX | N | R | 127.4610 | 1,533.85 | 18,800 | 86,200 | | | | | | 1,050 |
| MARKET VALUE TAX | | | .18622 | 195.52 | | | | | | | | |
| 01085   SHRUB & BRUSH REMOVAL | | | | 147.11 | | | | | | | | |
| TOTAL TAX | | | | 1,680.96 | | | | | | | | |

| PAYMENTS/REFUNDS | TYPE | DATE PRCSD | TAX | PENALTY | MAIL DATE | BTCH | CSHR | WARR NO |
|---|---|---|---|---|---|---|---|---|
| | PAY | 05-15-10 | 840.48 | .00 | 05/15/10 | 17 | 007 | |
| | TOTAL PAID | | 840.48 | | | | | AMT UNPAID    840.48 |

| OWNER | MORT CODE/LOAN # | ADDITION NAME | | LOT BLK   PLAT   PARCEL   PROPERTY I.D. |
|---|---|---|---|---|
| TAXPAYER NAME/ADDRESS | ESCROW NAME/ADDRESS | ACREAGE SCH WTR SEW | PROPERTY ADDRESS | SN TWP RG QQ SUFX |
| METES AND BOUNDS | | DST SHD DST | | |

LAWRENCE ROSE                                "HARMONY TERRACE"                002 003   12940 4000   09-029-24 41 0059
LAWRENCE ROSE                                000.12 001   6       2955     BRYANT AVE N
2955 BRYANT AVE N                            STATUS: CURRENT

THIS DOCUMENT IS A TRUE
COPY OF THE ORIGINAL INFORMATION
ON FILE IN THIS OFFICE.

RESIDENT AND REAL ESTATE SERVICES MANAGER
HENNEPIN COUNTY MN

BY               DEPUTY

CASE 0:18-cv-01933-NEB-ECW   Doc. 1-2   Filed 07/11/18   Page 37 of 74



OWNER                          MORT CODE/LOAN #     ADDITION NAME                          LOT BLK  PLAT  PARCEL  PROPERTY I.D.
 TAXPAYER NAME/ADDRESS          ESCROW NAME/ADDRESS   ACREAGE SCH WTR SEW  **PROPERTY** ADDRESS              SN TWP RG QQ SUFX
    METES AND BOUNDS                                       DST SHD DST

HENNEPIN FORFEITED LAND              826             "HARMONY TERRACE"                      030 002  12940 3900  09-029-24 41 0057
 **HENNEPIN** FORFEITED LAND                          000.12 001  6            2956   BRYANT AVE N
 1579 CNC LIST MEETING                                STATUS: CURRENT
 12/29/11                                                                                          CONSTRUCTION YEAR 1915
 TAXABLE MARKET
                               QUALIFYING AMT          .00      DIVISION NO
 NET TAX CAPACITY              FD SHARED TC                     DIVISION DATE
                               FD AREA RATE      00000000       SEE ID S
 F PROJ AMT                    IF PROJECT NO.

                                                                      FORFEITED LAND      CONTRACT    /
 TAX LEVY/DESCRIPTION HMSTDPRTYP   RATE       AMOUNT       LAND       BLDG       MACH OWN%  BASE1    BASE2  NHBASE   NON-HMST
 EXEMPT                     N  R                           DATE 08/27/11  TRAN# 99999  TYPE C  G-IND    HMST-CD N
                               ADJUSTMENT  1,350.84   ADJ AMT    286.07   DATE **08/27/11**  TRAN# 999999 TYPE C
  01052   SIDEWALK                            .00
  01080   RUBBISH REMOVAL                      .00   ADJ AMT    680.67   DATE 08/27/11  TRAN# 999999 TYPE C
  01089   ADMIN CIT-HOUSING                    .00   ADJ AMT    599.17   DATE 08/27/11  TRAN# 999999 TYPE C
  01096   VACANT BLDG REG                      .00
  01098   BOARDING BLDG (POLICE)               .00   ADJ AMT  6,912.70   DATE 08/27/11  TRAN# 999999 TYPE C
  01099   BOARDING VACANT BLDG                 .00   ADJ AMT  1,658.67   DATE 08/27/11  TRAN# 999999 TYPE C
  01162   ADMIN CIT-NUISANCE HSG               .00   ADJ AMT    159.07   DATE 08/27/11  TRAN# 999999 TYPE C
                                                     ADJ AMT    599.17   DATE 08/27/11  TRAN# 999999 TYPE C
                      TOTAL TAX           .00
                      TOTAL PAID          .00

PREV OWNER DEVIKANAND PETERS

OWNER                          MORT CODE/LOAN #     ADDITION NAME                          LOT BLK  PLAT  PARCEL  PROPERTY I.D.
 TAXPAYER NAME/ADDRESS          ESCROW NAME/ADDRESS   ACREAGE SCH WTR SEW  PROPERTY ADDRESS              SN TWP RG QQ SUFX
    METES AND BOUNDS                                       DST SHD DST

THEYSEE LLC                                         "HARMONY TERRACE"                      001 003  12940 3950  09-029-24 41 0058
 2959 BRYANT LLC                                     000.12 001  6            2959   BRYANT AVE N
 O BOX 21096                                         STATUS: CURRENT
 COLUMBIA HEIGHTS MN    55421                                                                      CONSTRUCTION YEAR 1913
 TAXABLE MARKET        89,500
                               QUALIFYING AMT          .00      DIVISION NO          EARLIEST DELQ YR -  2010
 NET TAX CAPACITY         895  FD SHARED TC                     DIVISION DATE
                               FD AREA RATE      00000000       SEE ID S
 F PROJ AMT                    IF PROJECT NO.

 TAX LEVY/DESCRIPTION HMSTDPRTYP   RATE       AMOUNT       LAND       BLDG       MACH OWN%  BASE1    BASE2  NHBASE   NON-HMST
 NON-HOMESTEAD GROSS TX  N  R  145.9930  1,498.12       9,400      80,100                                   895
 MARKET VALUE TAX              .21398      191.50
  01052   SIDEWALK                          280.81

THIS DOCUMENT IS A TRUE
COPY OF THE ORIGINAL INFORMATION
ON FILE IN THIS OFFICE.

RESIDENT AND REAL ESTATE SERVICES MANAGER
HENNEPIN COUNTY MN

BY                              DEPUTY

CASE 0:18-cv-01933-NEB-ECW    Doc. 1-2    Filed 07/11/18    Page 38 of 74



| TAX LEVY/DESCRIPTION | HMSTDPRTYP | RATE | AMOUNT | LAND | BLDG | MACH | OWN% | BASE1 | BASE2 | NHBASE | NON-HMST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01099  BOARDING VACANT BLDG | | | 530.71 | | | | | | | | |
| | | TOTAL TAX | 2,309.64 | | | | | | | | |
| | | TOTAL PAID | .00 | | | AMT UNPAID | | 2,309.64 | | | |

OWNER                        MORT CODE/LOAN #       ADDITION NAME                          LOT BLK  PLAT  PARCEL  PROPERTY I.D.
TAXPAYER NAME/ADDRESS        ESCROW NAME/ADDRESS     ACREAGE SCH WTR SEW  PROPERTY ADDRESS                           SN TWP RG QQ SUFX
  METES AND BOUNDS                                           DST SHD DST

LAWRENCE ROSE                                        "HARMONY TERRACE"                      002 003  12940 4000  09-029-24 41 0059
LAWRENCE ROSE                                         000.12 001  6        2955   BRYANT AVE N
2955 BRYANT AVE N                                    STATUS: CURRENT
MINNEAPOLIS MN    55411                                                                                 CONSTRUCTION YEAR 1894
TAXABLE MARKET          67,000
NET TAX CAPACITY          670   QUALIFYING AMT          .00   DIVISION NO
                                FD SHARED TC                  DIVISION DATE
                                FD AREA RATE      00000000    SEE ID S
IF PROJ AMT                     IF PROJECT NO.

| TAX LEVY/DESCRIPTION | HMSTDPRTYP | RATE | AMOUNT | LAND | BLDG | MACH | OWN% | BASE1 | BASE2 | NHBASE | NON-HMST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NON-HOMESTEAD GROSS TX | N  R | 145.9830 | 1,121.50 | 13,300 | 53,700 | | | | | | 670 |
| MARKET VALUE TAX | | .1398 | 143.36 | | | | | | | | |
| | | TOTAL TAX | 1,121.50 | | | | | | | | |

PAYMENTS/REFUNDS    TYPE DATE PRCSD       TAX      PENALTY MAIL DATE BTCH  CSHR     WARR NO    PEN PD THRU DATE  05/31
                    PAY  05-24-11       560.75      22.43  05/24/11  88   033
                    PAY  10-17-11       560.75       .00   10/17/11  88   033
                    TOTAL PAID        1,121.50

OWNER                        MORT CODE/LOAN #       ADDITION NAME                          LOT BLK  PLAT  PARCEL  PROPERTY I.D.
TAXPAYER NAME/ADDRESS        ESCROW NAME/ADDRESS     ACREAGE SCH WTR SEW  PROPERTY ADDRESS                           SN TWP RG QQ SUFX
  METES AND BOUNDS                                           DST SHD DST

MPLS PUBLIC HOUSING AUTH        182                  "HARMONY TERRACE"                      003 003  12940 4050  09-029-24 41 0060
MPLS PUBLIC HOUSING AUTH                              000.11 001  6        2949   BRYANT AVE N
ATTN COMPTROLLERS OFFICE                             STATUS: CURRENT
2001 WASHINGTON AVE N                                                                                   CONSTRUCTION YEAR 1977
MINNEAPOLIS MN    55401
TAXABLE MARKET
NET TAX CAPACITY                QUALIFYING AMT          .00   DIVISION NO
                                FD SHARED TC                  DIVISION DATE
                                FD AREA RATE      00000000    SEE ID S
IF PROJ AMT                     IF PROJECT NO.

| TAX LEVY/DESCRIPTION | HMSTDPRTYP | RATE | AMOUNT | LAND | BLDG | MACH | OWN% | BASE1 | BASE2 | NHBASE | NON-HMST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EXEMPT | N  DB | | | | | | | | | | |
| | | TOTAL TAX | .00 | | | | | | | | |

THIS DOCUMENT IS A TRUE
COPY OF THE ORIGINAL INFORMATION
ON FILE IN THIS OFFICE.

RESIDENT AND REAL ESTATE SERVICES MANAGER
HENNEPIN COUNTY MN
BY                                          DEPUTY

CASE 0:18-cv-01933-NEB-ECW   Doc. 1-2   Filed 07/11/18   Page 39 of 74

Exhibit L, Page 7 of 15

THIS DOCUMENT IS A TRUE
COPY OF THE ORIGINAL INFORMATION
ON FILE IN THIS OFFICE.

RESIDENT AND REAL ESTATE SERVICES MANAGER
HENNEPIN COUNTY MN

DEPUTY

| OWNER | MORT CODE/LOAN # | ADDITION NAME | | | | LOT BLK PLAT PARCEL | PROPERTY I.D. |
|---|---|---|---|---|---|---|---|
| TAXPAYER NAME/ADDRESS | ESCROW NAME/ADDRESS | ACREAGE SCH WTR SEW | | PROPERTY ADDRESS | | | SN TWP RG QQ SUFX |
| METES AND BOUNDS | | DST SHD DST | | | | | |

```
THEYSEE LLC                                    "HARMONY TERRACE"                        001 003  12940 3950   09-029-24 41 0058
2959 BRYANT LLC                                000.12 001  6          2959    BRYANT AVE N
P O BOX 21096                                  STATUS: CURRENT
COLUMBIA HEIGHTS MN   55421                                                             CONSTRUCTION YEAR 1913
TAXABLE MARKET        72,500
                          QUALIFYING AMT         .00      DIVISION NO        EARLIEST DELQ YR - 2010
NET TAX CAPACITY      725  FD SHARED TC                   DIVISION DATE
                          FD AREA RATE     00000000       SEE ID S
IF PROJ AMT               IF PROJECT NO.                          COMPOSITE JUDGEMENT NUMBER 30443
```

| TAX LEVY/DESCRIPTION | HMSTD | PRTYP | RATE | AMOUNT | LAND | BLDG | MACH | OWN% | BASE1 | BASE2 | NHBASE | NON-HMST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NON-HOMESTEAD GROSS TX | N | R | 153.0110 | 1,272.16 | 4,700 | 67,800 | | | | | | 725 |
| MARKET VALUE TAX | | | .22463 | 162.84 | | | | | | | | |
| 01017  DEL UTILITY CHARGES | | | | 154.45 | | | | | | | | |
| 01052  SIDEWALK | | | | 273.53 | | | | | | | | |
| | | | TOTAL TAX | 1,700.14 | | | | | | | | |

| PAYMENTS/REFUNDS | TYPE | DATE PRCSD | TAX | PENALTY | MAIL DATE | BTCH | CSHR | WARR NO | PEN PD THRU DATE 07/02 |
|---|---|---|---|---|---|---|---|---|---|
| | PAY | 06-20-12 | 850.07 | 68.01 | | 01 | 001 | | |
| | PAY | 10-15-12 | 851.00 | .00 | 10/15/12 | 88 | 031 | | |
| | | TOTAL PAID | 1,701.07 | | | | | OVERPAYMENT | .93 |

| OWNER | MORT CODE/LOAN # | ADDITION NAME | | | | LOT BLK PLAT PARCEL | PROPERTY I.D. |
|---|---|---|---|---|---|---|---|
| TAXPAYER NAME/ADDRESS | ESCROW NAME/ADDRESS | ACREAGE SCH WTR SEW | | PROPERTY ADDRESS | | | SN TWP RG QQ SUFX |
| METES AND BOUNDS | | DST SHD DST | | | | | |

```
LAWRENCE ROSE                                  "HARMONY TERRACE"                        002 003  12940 4000   09-029-24 41 0059
LAWRENCE ROSE                                  000.12 001  6          2955    BRYANT AVE N
2955 BRYANT AVE N                              STATUS: CURRENT
MINNEAPOLIS MN   55411                                                                  CONSTRUCTION YEAR 1894
TAXABLE MARKET        57,000
                          QUALIFYING AMT         .00      DIVISION NO
NET TAX CAPACITY      570  FD SHARED TC                   DIVISION DATE
                          FD AREA RATE     00000000       SEE ID S
IF PROJ AMT               IF PROJECT NO.
```

| TAX LEVY/DESCRIPTION | HMSTD | PRTYP | RATE | AMOUNT | LAND | BLDG | MACH | OWN% | BASE1 | BASE2 | NHBASE | NON-HMST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NON-HOMESTEAD GROSS TX | N | R | 153.0110 | 1,000.18 | 6,700 | 50,300 | | | | | | 570 |
| MARKET VALUE TAX | | | .22463 | 128.03 | | | | | | | | |
| | | | TOTAL TAX | 1,000.18 | | | | | | | | |

RUN DATE 01/06/14            HENNEPIN COUNTY PROPERTY INFORMATION SYSTEM          REPORT NO. PI433401
2013 TAX BOOK
01     MINNEAPOLIS

TOTAL PAID .00

PREV OWNER CITY OF MINNEAPOLIS

```
OWNER                     MORT CODE/LOAN #    ADDITION NAME                          LOT BLK  PLAT  PARCEL  PROPERTY I.D.
TAXPAYER NAME/ADDRESS      ESCROW NAME/ADDRESS       ACREAGE SCH WTR SEW  PROPERTY ADDRESS               SN TWP RG QQ SUFX
  METES AND BOUNDS                                       DST SHD DST

THEYSEE LLC                                     "HARMONY TERRACE"                    001 003  12940 3950  09-029-24 41 0058
2959 BRYANT LLC                                 000.12 001  6         2959    BRYANT AVE N
P O BOX 21096                                   STATUS: CURRENT
COLUMBIA HEIGHTS MN   55421                                                             CONSTRUCTION YEAR 1913
TAXABLE MARKET        72,500
                           QUALIFYING AMT          .00      DIVISION NO
NET TAX CAPACITY        725 FD SHARED TC                    DIVISION DATE
                           FD AREA RATE      00000000       SEE ID S
IF PROJ AMT                IF PROJECT NO.
```

```
TAX LEVY/DESCRIPTION HMSTDPRTYP  RATE       AMOUNT       LAND        BLDG      MACH OWN%  BASE1   BASE2  NHBASE   NON-HMST
NON-HOMESTEAD GROSS TX  N  R   158.2620    1,305.33     4,700      67,800                                  725
MARKET VALUE TAX               .21788        157.95
  01017   DEL UTILITY CHARGES                496.58
  01052   SIDEWALK                           266.24
  01162   ADMIN CIT-NUISANCE HSG             600.17
                      TOTAL TAX            2,668.32
```

```
PAYMENTS/REFUNDS     TYPE DATE PRCSD      TAX      PENALTY MAIL DATE BTCH  CSHR     WARR NO
                     PAY  05-15-13      1,334.16      .00  05/15/13  02   012
                          TOTAL PAID    1,334.16                                      AMT UNPAID      1,334.16
```

```
OWNER                     MORT CODE/LOAN #    ADDITION NAME                          LOT BLK  PLAT  PARCEL  PROPERTY I.D.
TAXPAYER NAME/ADDRESS      ESCROW NAME/ADDRESS       ACREAGE SCH WTR SEW  PROPERTY ADDRESS               SN TWP RG QQ SUFX
  METES AND BOUNDS                                       DST SHD DST

LAWRENCE ROSE                                   "HARMONY TERRACE"                    002 003  12940 4000  09-029-24 41 0059
LAWRENCE ROSE                                   000.12 001  6         2955    BRYANT AVE N
2955 BRYANT AVE N                               STATUS: CURRENT
MINNEAPOLIS MN     55411                                                                CONSTRUCTION YEAR 1894
TAXABLE MARKET        34,200
                           QUALIFYING AMT       665.43     DIVISION NO
NET TAX CAPACITY        342 FD SHARED TC                    DIVISION DATE
                           FD AREA RATE      00000000       SEE ID S
IF PROJ AMT                IF PROJECT NO.
STATE GENERAL TAX          .00      IMPROVE AMT        QUAL IMPRO       VET EXCLUSION        HMSTD EXCLUSION   22,800
TAX LEVY/DESCRIPTION HMSTDPRTYP  RATE       AMOUNT       LAND        BLDG      MACH OWN%  BASE1   BASE2  NHBASE   NON-HMST
GROSS TX              H  R   158.2620       665.43     6,700      50,300              1 00   342
MARKET VALUE TAX            .21788          124.18
                      ADJUSTMENT         1,026.26  DATE 04/04/13  TRAN# 31000  TYPE A  AG-IND   HMSTD N
                      ADJUSTMENT           665.43  DATE 04/04/13  TRAN# 31000  TYPE A  AG-IND   HMST-CD H
                      TOTAL TAX            665.43
```

THIS DOCUMENT IS A TRUE
COPY OF THE ORIGINAL INFORMATION
ON FILE IN THIS OFFICE.

RESIDENT AND REAL ESTATE SERVICES MANAGER
HENNEPIN COUNTY MN

BY             DEPUTY

**Exhibit L, Page 8 of 15**

TAXABLE MARKET

NET TAX CAPACITY                    QUALIFYING AMT           .00        DIVISION NO
                                   FD SHARED TC                         DIVISION DATE
IF PROJ AMT                        FD AREA RATE          00000000       SEE ID S
                                   IF PROJECT NO.    0156

TAX LEVY/DESCRIPTION HMSTDP TYP  RATE      AMOUNT      LAND      BLDG      MACH OWN%  BASE1  BASE2  NHBASE  NON-HMST
EXEMPT               N  R
                      TOTAL TAX
                      TOTAL PAID       .00

OWNER                    MORT CODE/LOAN #     ADDITION NAME                   LOT BLK  PLAT  PARCEL  PROPERTY I.D.
 TAXPAYER NAME/ADDRESS   ESCROW NAME/ADDRESS      ACREAGE SCH WTR SEW  PROPERTY ADDRESS      SN TWP RG QQ SUFX
  METES AND BOUNDS                                    DST SHD DST

2959 BRYANT LLC                              "HARMONY TERRACE"            001 003  12940 3950  09-029-24 41 0058
MARIE WARD                                   000.12 001  6      2959     BRYANT AVE N
2959 BRYANT AVE N                            STATUS: CURRENT
MINNEAPOLIS MN    55411                                                   CONSTRUCTION YEAR 1913
TAXABLE MARKET         69,000
                                   QUALIFYING AMT           .00        DIVISION NO       EARLIEST DELQ YR -  2013
NET TAX CAPACITY          690      FD SHARED TC                         DIVISION DATE
                                   FD AREA RATE          00000000       SEE ID S
IF PROJ AMT                        IF PROJECT NO.

TAX LEVY/DESCRIPTION HMSTDPRTYP  RATE      AMOUNT      LAND      BLDG      MACH OWN%  BASE1  BASE2  NHBASE  NON-HMST
NON-HOMESTEAD GROSS TX  N  R  156.6230  1,236.72     4,700    64,300                              690
MARKET VALUE TAX               .22615    156.03
 01052   SIDEWALK                        258.95
 01089   ADMIN CIT-HOUSING             2,393.17
 01097   RE-INSPECTION FEE-HSG           165.50
 01162   ADMIN CIT-NUISANCE HSG        1,436.90
                      TOTAL TAX       5,491.24
                      TOTAL PAID           .00                                AMT UNPAID     5,491.24

OWNER                    MORT CODE/LOAN #     ADDITION NAME                   LOT BLK  PLAT  PARCEL  PROPERTY I.D.
 TAXPAYER NAME/ADDRESS   ESCROW NAME/ADDRESS      ACREAGE SCH WTR SEW  PROPERTY ADDRESS      SN TWP RG QQ SUFX
  METES AND BOUNDS                                    DST SHD DST

LAWRENCE ROSE                                "HARMONY TERRACE"            002 003  12940 4000  09-029-24 41 0059
LAWRENCE ROSE                                000.12 001  6      2955     BRYANT AVE N
2955 BRYANT AVE N                            STATUS: CURRENT
MINNEAPOLIS MN    55411                                                   CONSTRUCTION YEAR 1894
TAXABLE MARKET         33,000
                                   QUALIFYING AMT        641.22        DIVISION NO
NET TAX CAPACITY          330      FD SHARED TC                         DIVISION DATE
                                   FD AREA RATE          00000000       SEE ID S
IF PROJ AMT                        IF PROJECT NO.
STATE GENERAL TAX          .00     IMPROVE AMT                 QUAL IMPRO        VET EXCLUSION        HMSTD EXCLUSION    22,000

THIS DOCUMENT IS A TRUE
COPY OF THE ORIGINAL INFORMATION
ON FILE IN THIS OFFICE.

RESIDENT AND REAL ESTATE SERVICES MANAGER
HENNEPIN COUNTY MN

BY_____ DEPUTY

CASE 0:18-cv-01933-NEB-ECW   Doc. 1-2   Filed 07/11/18   Page 42 of 74





TAXABLE MARKET        50,000

NET TAX CAPACITY        500      QUALIFYING AMT        .00     DIVISION NO
                                 FD SHARED            DIVISION DATE
                                 FD AREA RATE    00000000    SEE ID S
IF PROJ AMT       539.81    IF PROJECT NO.   0156

| TAX LEVY/DESCRIPTION HMSTDPRTYP | RATE | AMOUNT | LAND | BLDG | MACH OWN% | BASE1 | BASE2 | NHBASE | NON-HMST |
|---|---|---|---|---|---|---|---|---|---|
| NON-HOMESTEAD GROSS TX  N  R | 143.7090 | 834.86 | 3,400 | 46,600 | | | | | |
| MARKET VALUE TAX | .23267 | 116.33 | | | | | | | |
| 01023   ST LTG M/O | | 22.50 | | | | | | | |
| 01031   ST MAINT | | 104.50 | | | | | | | |
| 01080   RUBBISH REMOVAL | | 588.0 | | | | | | | |
| TOTAL TAX | | 1,549.8 | | | | | | | |

| PAYMENTS/REFUNDS | TYPE DATE PRCSD | TAX | PENALTY | MAIL DATE | BTCH | CSHR | WARR NO | PEN PD THRU DATE 11/30 |
|---|---|---|---|---|---|---|---|---|
| | PAY  05-15-15 | 77.94 | .00 | 05/15/15 | 88 | 031 | | |
| | PAY  11-16-15 | 4.94 | 62.00 | 11/16/1 | 02 | 012 | | |
| | TOTAL PAID | ,549.88 | | | | | | |

OWNER                    MORT CODE/LOAN #    ADDITION NAME                        LOT BLK  PLAT  PARCEL  PROPERTY I.D.
TAXPAYER NAME/ADDRESS    ESCROW NAME/ADDRESS   ACREAGE SCH WTR SEW  PROPERTY ADDRESS           SN TWP RG QQ SUFX
METES AND BOUNDS                                DST SHD DST

2959 BRYANT LLC                              "HARMONY TERRACE"                001 003  12940 3950   09-029-24 41 0058
MARIE WARD                                     000.12 001  6      2959    BRYANT AVE N
2959 BRYANT AVE N                              STATUS: CURRENT
MINNEAPOLIS MN    55411                                                         CONSTRUCTION YEAR 1913
TAXABLE MARKET        69,000
                                 QUALIFYING AMT        .00     DIVISION NO      EARLIEST DELQ YR -  2013
NET TAX CAPACITY        690      FD SHARED TC          DIVISION DATE
                                 FD AREA RATE    00000000    SEE ID S
IF PROJ AMT              IF PROJECT NO.                       COMPOSITE JUDGEMENT NUMBER 31206

| TAX LEVY/DESCRIPTION HMSTDPRTYP | RATE | AMOUNT | LAND | BLDG | MACH OWN% | BASE1 | BASE2 | NHBASE | NON-HMST |
|---|---|---|---|---|---|---|---|---|---|
| NON-HOMESTEAD GROSS TX  N  R | 143.7090 | 1,152.12 | 3,400 | 65,600 | | | | 690 | |
| MARKET VALUE TAX | .23267 | 160.53 | | | | | | | |
| 01052   SIDEWALK | | 251.68 | | | | | | | |
| TOTAL TAX | | 1,403.80 | | | | | | | |
| TOTAL PAID | | .00 | | | | AMT UNPAID | | 1,403.80 | |

OWNER                    MORT CODE/LOAN #    ADDITION NAME                        LOT BLK  PLAT  PARCEL  PROPERTY I.D.
TAXPAYER NAME/ADDRESS    ESCROW NAME/ADDRESS   ACREAGE SCH WTR SEW  PROPERTY ADDRESS           SN TWP RG QQ SUFX
METES AND BOUNDS                                DST SHD DST

LAWRENCE ROSE                                "HARMONY TERRACE"                002 00  12940 4000   09-029-24 41 0059
LAWRENCE ROSE                                  000.12 001  6      2955    BRYANT AVE N
2955 BRYANT AVE N                              STATUS: CURRENT
MINNEAPOLIS MN    55411                                                         CONSTRUCTION YEAR 1894

THIS DOCUMENT IS A TRUE
COPY OF THE ORIGINAL INFORMATION
ON FILE IN THIS OFFICE.

RESIDENT AND REAL ESTATE SERVICES MANAGER
HENNEPIN COUNTY MN

BY _____  DEPUTY

Page 43 of 74

Filed 07/11/18    Doc 1-2

CASE 0:18-cv-01933-NEB-ECW

RUN DATE 01/09/17

HENNEPIN COUNTY PROPERTY INFORMATION SYSTEM
2016 TAX BOOK
01    MINNEAPOLIS

REPORT NO. PI433401

| PAYMENTS/REFUNDS | TYPE DATE PRCSD | TAX | PENALTY | MAIL DATE | BTCH | CSHR | WARR NO |
|---|---|---|---|---|---|---|---|
| | PAY 05-05-16 | 659.07 | .00 | 05/05/16 | 88 | 398 | |
| | PAY 10-05-16 | 659.07 | .00 | 10/05/16 | 88 | 398 | |
| | TOTAL PAID | 1,318.14 | | | | | |

OWNER                    MORT CODE/LOAN #    ADDITION NAME                              LOT BLK  PLAT  PARCEL  PROPERTY I.D.
TAXPAYER NAME/ADDRESS    ESCROW NAME/ADDRESS    ACREAGE SCH WTR SEW  PROPERTY ADDRESS                       SN TWP RG QQ SUFX
  METES AND BOUNDS                                DST SHD DST

URBAN HOMEWORKS INC                          "HARMONY TERRACE"                        030 002  12940 3900  09-029-24 41 0057
ROCHELLE WILLIS                              000.12 001  6      2956    BRYANT AVE N
FORRELL DUNN                                   STATUS: CURRENT
2956 BRYANT AVE N
MINNEAPOLIS MN   55411                                                               CONSTRUCTION YEAR 1915
TAXABLE MARKET        90,500
                      QUALIFYING AMT        .00    DIVISION NO
NET TAX CAPACITY      900    FD SHARED TC           DIVISION DATE
                      FD AREA RATE    00005000    SEE ID S
IF PROJ AMT    1,012.90    IF PROJECT NO.   0156
STATE GENERAL TAX     .00    IMPROVE AMT    30,050    QUAL IMPRO          VET EXCLUSION        HMSTD EXCLUSION

| TAX LEVY/DESCRIPTION | HMSTDPRTYP | RATE | AMOUNT | LAND | BLDG | MACH | OWN% | BASE1 | BASE2 | NHBASE | NON-HMST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NON-HOMESTEAD GROSS TX | N  R | 137.3140 | 1,433.32 | 3,400 | 86,600 | | | | | 900 | |
| MARKET VALUE TAX | | .21724 | 195.51 | | | | | | | | |
| | TOTAL TAX | | 1,431.32 | | | | | | | | |

| PAYMENTS/REFUNDS | TYPE DATE PRCSD | TAX | PENALTY | MAIL DATE | BTCH | CSHR | WARR NO |
|---|---|---|---|---|---|---|---|
| | PAY 05-10-16 | 715.66 | .00 | 05/10/16 | 06 | 012 | |
| | PAY 09-22-16 | 715.66 | .00 | 09/22/16 | 01 | 012 | |
| | TOTAL PAID | 1,431.32 | | | | | |

OWNER                    MORT CODE/LOAN #    ADDITION NAME                              LOT BLK  PLAT  PARCEL  PROPERTY I.D.
TAXPAYER NAME/ADDRESS    ESCROW NAME/ADDRESS    ACREAGE SCH WTR SEW  PROPERTY ADDRESS                       SN TWP RG QQ SUFX
  METES AND BOUNDS                                DST SHD DST

2959 BRYANT LLC                              "HARMONY TERRACE"                        001 003  12940 3950  09-029-24 41 0058
MARIE WARD                                   000.12 001  6      2959    BRYANT AVE N
2959 BRYANT AVE N                              STATUS: CURRENT
MINNEAPOLIS MN   55411                                                               CONSTRUCTION YEAR 1913
TAXABLE MARKET        79,500
                      QUALIFYING AMT        .00    DIVISION NO       EARLIEST DELQ YR -  2013
NET TAX CAPACITY      795    FD SHARED TC           DIVISION DATE
                      FD AREA RATE    00000000    SEE ID S
IF PROJ AMT           IF PROJECT NO.                                    COMPOSITE JUDGEMENT NUMBER 31345

| TAX LEVY/DESCRIPTION | HMSTDPRTYP | RATE | AMOUNT | LAND | BLDG | MACH | OWN% | BASE1 | BASE2 | NHBASE | NON-HMST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NON-HOMESTEAD GROSS TX | N  R | 137.3140 | 1,264.34 | 3,400 | 76,100 | | | | | 795 | |
| MARKET VALUE TAX | | .21724 | 172.70 | | | | | | | | |
| | TOTAL TAX | | 1,264.34 | | | | | | | | |



THIS DOCUMENT IS A TRUE
COPY OF THE ORIGINAL INFORMATION
ON FILE IN THIS OFFICE.

RESIDENT AND REAL ESTATE SERVICES MANAGER
HENNEPIN COUNTY MN

BY                                    DEPUTY

TOTAL PAID         .00                            AMT UNPAID     1,264.34



```
OWNER                    MORT CODE/LOAN #    ADDITION NAME                          LOT BLK  PLAT  PARCEL  PROPERTY I.D.
TAXPAYER NAME/ADDRESS    ESCROW NAME/ADDRESS   ACREAGE SCH WTR SEW  PROPERTY ADDRESS                      SN TWP RG QQ SUFX
METES AND BOUNDS                               DST SHD DST

LAWRENCE ROSE                                "HARMONY TERRACE"                       002 003  12940 4000  09-029-24 41 0059
LAWRENCE ROSE                                000.12 001  6          2955   BRYANT AVE N
2955 BRYANT AVE N                            STATUS: CURRENT
MINNEAPOLIS MN    55411
TAXABLE MARKET        38,700                                                         CONSTRUCTION YEAR 1894

NET TAX CAPACITY       387   QUALIFYING AMT       671.50   DIVISION NO
                            FD SHARED TC                   DIVISION DATE
                            FD AREA RATE     00000000      SEE ID S
IF PROJ AMT             IF PROJECT NO.
STATE GENERAL TAX   .00      IMPROVE AMT              QUAL IMPRO       VET EXCLUSION        HMSTD EXCLUSION  25,800
TAX LEVY/DESCRIPTION HMSTDPRTYP  RATE     AMOUNT      LAND      BLDG    MACH OWN%  BASE1  BASE2 NHBASE  NON-HMST
GROSS TAX              H  R  137.3140    671.50      4,800    59,700    1 00       387
MARKET VALUE TAX            .21724       140.11
                    TOTAL TAX            671.50

PAYMENTS/REFUNDS     TYPE DATE PRCSD      TAX        PENALTY MAIL DATE BTCH  CSHR   WARR NO
                     PAY  05-16-16     335.75         .00   05/15/16  88    033
                     PAY  10-17-16     335.75         .00   10/14/16  88    033
                              TOTAL PAID  671.50


OWNER                    MORT CODE/LOAN #    ADDITION NAME                          LOT BLK  PLAT  PARCEL  PROPERTY I.D.
TAXPAYER NAME/ADDRESS    ESCROW NAME/ADDRESS   ACREAGE SCH WTR SEW  PROPERTY ADDRESS                      SN TWP RG QQ SUFX
METES AND BOUNDS                               DST SHD DST

MPLS PUBLIC HOUSING AUTH         182         "HARMONY TERRACE"                       003 003  12940 4050  09-029-24 41 0060
MPLS PUBLIC HOUSING AUTH                     000.11 001  6          2949   BRYANT AVE N
ATTN COMPTROLLERS OFFICE                     STATUS: CURRENT
1001 WASHINGTON AVE N
MINNEAPOLIS MN    55401
TAXABLE MARKET                                                                       CONSTRUCTION YEAR 1977

NET TAX CAPACITY             QUALIFYING AMT        .00   DIVISION NO
                            FD SHARED TC                 DIVISION DATE
                            FD AREA RATE     00000000    SEE ID S
IF PROJ AMT             IF PROJECT NO.
TAX LEVY/DESCRIPTION HMSTDPRTYP  RATE     AMOUNT      LAND      BLDG    MACH OWN%  BASE1  BASE2 NHBASE  NON-HMST
EXEMPT                 N  DB
                    TOTAL TAX           .00
                    TOTAL PAID  .00
```

RUN DATE 01/04/18

HENNEPIN COUNTY PROPERTY INFORMATION SYSTEM
2017 TAX BOOK
01   MINNEAPOLIS

REPORT NO. PI433401



PAYMENT/REFUNDS

OWNER
TAXPAYER NAME/ADDRESS
METES AND BOUNDS

2959 BRYANT LLC
MARIE WARD
2959 BRYANT AVE N
MINNEAPOLIS MN    55411

TYPE  DATE PMTD     TAX      PENALTY  MAIL DATE BTCH  CSHR  WARR NO
PAY   05-18-17    923.83      .00    05/15/17   08   012
PAY   10-16-17    923.8       .00    10/15/     01   012
      TOTAL PAID  1,847.

TAXABLE MARKET        87,500
NET TAX CAPACITY         875

QUALIFYING AMT          .00

MORT CODE/LOAN #        00000000

ADDITION NAME     "HARMONY TERRACE"
ACREAGE  SCH WTR SEW    000.12 001  6
  DST SHD DST         STATUS: CURRENT

PROPERTY ADDRESS
  001 003   BRYANT AVE N

LOT BLK  PLAT   PARCEL   PROPERTY I.D.
12940 3950  09-029-24 41 0058
          SN TWP RG QQ SUFX

OWNER
TAXPAYER NAME/ADDRESS
METES AND BOUNDS

LAWRENCE ROSE
955 BRYANT AVE N
MINNEAPOLIS MN    55411

ESCROW NAME/ADDRESS

NET TAX CAPACITY    38,700    387

MARKET VALUE TAX   133.8010

TAX LEVY/DESCRIPTION HMSTDPRTYP  RATE     AMOUNT
NON-HOMESTEAD GROSS TX N R  133.8010   1,347.24
                    .20172              176.50
MARKET VALUE TAX              1,347.24
  TOTAL TAX                      .00

DIVISION NO    2959
DIVISION DATE
SEE ID S

LAND    3,400    84,100    BLDG
MACH OWN%

EARLIEST DELQ YR - 2013
COMPOSITE JUDGEMENT NUMBER 31345
CONSTRUCTION YEAR 1913

BASE1  BASE2  NHBASE  NON-HMST
                 875

AMT UNPAID   1,347.24

IF PROJ AMT
STATE GENERAL TAX  HMSTDPRTYP  RATE    AMOUNT
  .00  H R  133.8010          647.90   QUAL IMPRO  DIVISION NO
             .20172           130.          LAND        DIVISION DATE
GROSS TAX                     647.    4,800  59,700   SEE ID S
MARKET VALUE TAX

MORT CODE/LOAN #
ESCROW NAME/ADDRESS    00000000    647.90

"HARMONY TERRACE"
000.12 001
STATUS: CURRENT    2955

PROPERTY ADDRESS
  002 003  BRYANT AVE N

LOT BLK  PLAT  PARCEL  PROPERTY I.D.
4000   09-029-24 41 0059
          SN TWP RG QQ SUFX

PAYMENT/REFUNDS

TYPE DATE PRCSD  TAX    PENALTY MAIL DATE BTCH CSHR  WARR NO
PAY  05-15-17   3.95     .00  05/15/17  88   033
PAY  10-16-17   3.95     .00  10/1    17  88   033

AMOUNT   QUAL IMPRO  BLDG   MACH OWN%
647.90    LAND       59,700   1 00
4,800                        BASE1  BASE2  HMSTD EXCLUSION
                             387          25,800
                                          NON-HMST

THIS DOCUMENT IS A TRUE
COPY OF THE ORIGINAL INFORMATION
ON FILE IN THIS OFFICE.

RESIDENT AND REAL ESTATE SERVICES MANAGER
HENNEPIN COUNTY MN

BY_____ DEPUTY

**Exhibit L, Page 13 of 15**

**Hennepin County**

A-600 Government Center
300 S. Sixth Street
Minneapolis, MN 55487-0060

612-348-3011     www.hennepin.us

## Property tax statement 2018
2017 values for taxes payable in 2018

TAXPAYER(S):

2959 BRYANT LLC
PO BOX 21096
COLUMBIA HEIGHTS MN   55421

Owner:   2959 BRYANT LLC

Property address:

2959 BRYANT AVE N

Property description:

LOT 001 BLK 003 ADDITION: HARMONY TERRACE

Property ID number:

09-029-24 41 0058

### Property taxes statement schedule

**Step** Value & classification

| TAX YEAR PAYABLE | 2017 | 2018 |
|---|---|---|
| CLASS(ES): | RES NHSTD | RES NHSTD |
| Estimated Market Value: | 87,500 | 95,000 |
| Homestead Exclusion: | | |
| Other Exclusion/Defer: | | |
| New Improvements/ | | |
| Expired Exclusions: | 0 | 0 |
| Taxable Market Value: | 87,500 | 95,000 |

**Step** Proposed levies & taxes

| 2018 Proposed: | 1,424.94 |
|---|---|

**Step 3** Property tax statement

| First-half Taxes: | 713.60 |
|---|---|
| Second-half Taxes: | 713.60 |
| Total Taxes 2018: | 1,427.20 |

**Property tax refund information**

Taxes payable in year:     2017     2018

1.  Use this amount on Form M1PR to see if you are eligible for a property tax refund.                    .00
    File by August 15. If this box is checked, you owe delinquent taxes and are not eligible.    ☐ Taxes owed

2.  Use these amounts on Form M1PR to see if you are eligible for a special refund.    .00

*Don't forget to see if you qualify for a property tax refund!  Go to www.revenue.state.mn.us for Form M1PR.*

**Property Tax and Credits**

| | 2017 | 2018 |
|---|---|---|
| 3. Property tax before credits | 1,347.24 | 1,427.20 |
| 4. A. Agricultural and rural land credits | .00 | .00 |
| B. Other credits | .00 | .00 |
| 5. Property Taxes after credits | 1,347.24 | 1,427.20 |

**Property Tax by Jurisdiction**

| | 2017 | 2018 |
|---|---|---|
| 6. A. County | 384.78 | 405.67 |
| B. Regional Rail Authority | 16.84 | 18.63 |
| 7. City or Town | 534.87 | 565.78 |
| 8. State General Tax | .00 | .00 |
| 9. School District:   A. Voter Approved Levies | 115.21 | 104.70 |
| B. Other Local Levies | 221.88 | 255.25 |
| 10. Special Taxing Districts   A. Metropolitan Special Taxing Districts | 24.68 | 25.48 |
| B. Other Special Taxing Districts | 30.37 | 31.13 |
| C. Tax Increment | .00 | .00 |
| D. Fiscal Disparity | .00 | .00 |
| 11. Non-School Voter Approved Referenda Levies | 18.61 | 20.56 |
| 12. Total Property Tax Before Fees and Special Assessments | 1,347.24 | 1,427.20 |
| 13. A. Special Assessment Principal and Fees | | |
| B. Special Assessment Interest | | |

| 14. YOUR TOTAL PROPERTY TAX AND SPECIAL ASSESSMENTS | 1,347.24 | 1,427.20 |
|---|---|---|

Learn about property taxes: www.hennepin.us/propertytaxes

**Exhibit L, Page 14 of 15**

## $$$ REFUNDS

You may qualify for one or both refunds from the State of Minnesota based on your 2018 Property Taxes.

If you owned and occupied this property as your homestead on January 2, 2018, you may qualify for one or both of the following homestead credit refunds:

1. **The Property Tax Refund** — If your taxes exceed certain income-based thresholds, and your total household income is less than $110,650.

2. **The Special Homestead Credit Refund** — If you also owned and occupied this property as your homestead on January 2, 2017 and:
   - The net property tax on your homestead increased by more than 12 percent from 2017 to 2018, and
   - The increase was at least $100, not due to improvements on the property.

*For Form M1PR and instructions:*

 **www.revenue.state.mn.us**

 **651-296-3781**

**Minnesota Tax Forms**
Mail Station 1421
St. Paul, MN 55146-1421

Make sure to provide your property ID number on your M1PR to ensure prompt processing.

To check your refund status, please visit **www.revenue. state.mn.us** using keyword "refund", or call the Minnesota Department of Revenue at 651-296-4444

## Senior citizen property tax deferral

The Senior Citizen Deferral Program provides a low-interest loan to senior citizens having difficulty paying property taxes. This is not a tax forgiveness program, however, this program:

- Limits the maximum amount of property tax paid to 3% of total household income, and
- Ensures the amount of tax paid remains the same as long as you participate in this program.

To be eligible, you must file an application by July 1, 2018, as well as:

1. Be at least 65 years old,
2. Have a household income of $60,000 or less,
3. Have lived in your home for at least 15 years,
4. Have no state or federal tax liens or judgment liens on the property, and
5. Have equity of at least 25% of the assessors estimated market value in the property.

To receive a fact sheet and application for this program, please visit **www.revenue.state.mn.us** using keyword "deferral", or call the Minnesota Department of Revenue at 651-556-4803.

## Penalty for late payment of property tax

If you pay your first half or second half property tax after the due dates, a penalty will be added to your tax. The later you pay, the greater the penalty you must pay. The table to the right shows the penalty amounts added to your tax if your property taxes are not paid before the date shown.

| Property Type: | 2018 | | | | | | | | | | 2019 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | May 16 | June 1 | July 1 | Aug 1 | Sep 1 | Oct 1 | Oct 16 | Nov 1 | Nov 16 | Dec 1 | Jan 2 |
| **Homestead and Cabins** 1st half | 2% | 4% | 5% | 6% | 7% | 8% | 8% | 8% | | 8% | 10% |
| 2nd half | | | | | | | 2% | 4% | | 5% | 7% |
| Both Unpaid | | | | | | | 5% | 6% | | 6.5% | 8.5% |
| **Agricultural Homestead** 1st half | 2% | 4% | 5% | 6% | 7% | 8% | 8% | 8% | 8% | 8% | 10% |
| 2nd half | | | | | | | | | 2% | 4% | 6% |
| Both Unpaid | | | | | | | | | 5% | 6% | 8% |
| **Non-Homestead** 1st half | 4% | 8% | 9% | 10% | 11% | 12% | 12% | 12% | | 12% | 14% |
| 2nd half | | | | | | | 4% | 8% | | 9% | 11% |
| Both Unpaid | | | | | | | 8% | 10% | | 10.5% | 12.5% |
| **Agricultural Non-Homestead** 1st half | 4% | 8% | 9% | 10% | 11% | 12% | 12% | 12% | 12% | 12% | 14% |
| 2nd half | | | | | | | | | 4% | 8% | 10% |
| Both Unpaid | | | | | | | | | 8% | 10% | 12% |

**Exhibit L, Page 15 of 15**



Doc No **A10041360**

Certified, filed and/or recorded on
Dec 30, 2013 3:36 PM
Office of the County Recorder
Hennepin County, Minnesota
Martin McCormick, County Recorder
Mark V. Chapin, County Auditor and Treasurer

Deputy 40                           Pkg ID 1068549C

**Doc Name: Contract for Deed**

Document Recording Fee                    $46.00

*Document Total*                          $46.00

**PID(s)**
09-029-24-41-0058

C.V. filed___X___C.V. not req._____

No delinquent taxes

Transfer Entered

Dec 30, 2013 3:36 PM

Hennepin County, Minnesota
Mark V. Chapin
County Auditor and Treasurer



STATE OF MINNESOTA, COUNTY OF HENNEPIN
Certified to be a true and correct copy of the
original on file and of record in my office

MAY 3 0 2018

Martin McCormick, County Recorder
By_____Deputy

This cover sheet is now a permanent part of the recorded document.

**Exhibit M, Page 1 of 8**

(Top 3 inches reserved for recording data)

| CONTRACT FOR DEED | Minnesota Uniform Conveyancing Blanks |
|---|---|
| by Business Entity | Form 30.1.2 (2011) |

DATE: 07/01/2013
          *(month/day/year)*

THIS CONTRACT FOR DEED (the "**Contract**") is made on the above date by 2959 Bryant LLC
                                                                                                *(insert name of Seller)*

a Limited Liability Company                          under the laws of Minnesota

("Seller"), and Marie Ward    *2959 Bryant Ave N . Minneapolis Mn 55411*
                                            *(insert name of each Purchaser)*

_____ ("**Purchaser**"). *(Check box if ☐ joint tenancy.)*

Seller and Purchaser agree to the following terms:

　　1. Property Description. Seller hereby sells and Purchaser hereby buys real property in Hennepin _____
County, Minnesota, described as follows:
See attached Exhibit " A "

*Check here if all or part of the described real property is Registered (Torrens)* ☐

together with all hereditaments and appurtenances belonging thereto (the "**Property**"). Unless otherwise specified, Seller hereby delivers possession of the Property to Purchaser on the date hereof.

*Check applicable box:*
■ The Seller certifies that the Seller does not know of any wells on
　 the described real property.
☐ A well disclosure certificate accompanies this document or has
　 been electronically filed. (If electronically filed, insert WDC
　 number: _____.)
☐ I am familiar with the property described in this instrument and
　 I certify that the status and number of wells on the described
　 real property have not changed since the last previously filed
　 well disclosure certificate.

**Exhibit M, Page 2 of 8**

Minnesota Uniform Conveyancing Blanks  Form 30.1.2

2. Title. Seller warrants that title to the Property is, on the date of this Contract, subject only to the following exceptions:

    (a) Covenants, conditions, restrictions (without effective forfeiture provisions) and declarations of record, if any;

    (b) Reservation of minerals or mineral rights by the State of Minnesota, if any;

    (c) Utility and drainage easements which do not interfere with present improvements;

    (d) Applicable laws, ordinances, and regulations;

    (e) The lien of real estate taxes and installments of special assessments which are payable by Purchaser pursuant to paragraph 6 of this Contract; and

    (f) The following liens or encumbrances:

3. Delivery of Deed and Evidence of Title. Upon Purchaser's full performance of this Contract, Seller shall:

    (a) Execute, acknowledge, and deliver to Purchaser a _Warranty_____ Deed, in recordable form, conveying marketable title to the Property to Purchaser, subject only to the following exceptions:

        (i) Those exceptions referred to in paragraph 2(a), (b), (c), (d), and (e) of this Contract;

        (ii) Liens, encumbrances, adverse claims or other matters which Purchaser has created; suffered or permitted to accrue after the date of this Contract; and

        (iii) The following liens or encumbrances:

    (b) Deliver to Purchaser the abstract of title to the Property, without further extension, to the extent required by the purchase agreement (if any) between Seller and Purchaser.

4. Purchase Price. Purchaser shall pay to Seller at 2959 Bryant Ave N _____

_____ the sum of One hundred eighty thousand _____

_____ Dollars ($ 180,000.00 _____), as and for the purchase price

(the "**Purchase Price**") for the Property, payable as follows:

A- Down payment $ 1050.00 on 07/01/2013 and $ 10,000.00 on 07/01/2014.
B- $ 9600.00 in 24 Monthly installments starting from 07/01/2013.
C- $ 159350.00 as balloon payment on 08/01/2015.
D- Buyer will pay $250.00 as reimbursement for property taxes and insurance with the monthly installments.
E- Buyer will pay NO interest on this loan.
F- Buyer will be responsible for all city required repair orders.
G- Property is sold "AS IS". Seller gives no warranties and no disclosures.
H- Buyer will homestead the property. Buyer can not rent this property.
I- Buyer will avoid having big gatherings and parties that can disturb the peace of neighbors.
J- If Buyer violates any terms of this contract, this contract is canceled immediately. If the contact is canceled all money paid by buyer will be fortified to seller as liquidated damages and buyer agrees to move out immediately.
K- Seller has no knowledge and no reports of lead base paint in the property.

5. Prepayment. Unless otherwise provided in this Contract, Purchaser shall have the right to fully or partially prepay this Contract at any time without penalty. Any partial prepayment shall be applied first to payment of amounts then due under this Contract, including unpaid accrued interest, and the balance shall be applied to the principal installments to be paid in the inverse order of their maturity. Partial prepayment shall not postpone the due date of the installments to be paid pursuant to this Contract or change the amount of such installments.

**Exhibit M, Page 3 of 8**

6. Real Estate Taxes and Assessments. Real estate taxes and installments of special assessments which are due and payable in the year in which this Contract is dated shall be paid as follows:

Buyer will be responsible for property taxes and assessments.


Purchaser shall pay, before penalty accrues, all real estate taxes and installments of special assessments assessed against the Property which are due and payable in all subsequent years. Seller warrants that the real estate taxes and installments of special assessments which were due and payable in the years preceding the year in which this Contract is dated are paid in full. If the Property is subject to a recorded declaration providing for assessments to be levied against the Property by any owners' association, Purchaser shall promptly pay, when due, all assessments imposed by the owners' association or other governing body as required by the provisions of the declaration or other related documents.

7. Property Insurance.

(a) Insured Risks and Amounts. Purchaser shall keep all buildings, improvements, and fixtures now or later located on or a part of the Property insured against loss by fire, lightning and such other perils as are included in a standard "all-risk" endorsement, and against loss or damage by all other risks and hazards covered by a standard extended coverage insurance policy, including, without limitation, vandalism, malicious mischief, burglary, theft and, if applicable, steam boiler explosion. Such insurance shall be in an amount no less than the full replacement cost of the buildings, improvements, and fixtures, without deduction for physical depreciation. If any of the buildings, improvements, or fixtures are located in a federally designated flood prone area, and if flood insurance is available for that area, Purchaser shall procure and maintain flood insurance in amounts reasonably satisfactory to Seller.

(b) Other Terms. The insurance policy shall contain a loss payable clause in favor of Seller which provides that Seller's right to recover under the insurance shall not be impaired by any acts or omissions of Purchaser or Seller, and that Seller shall otherwise be afforded all rights and privileges customarily provided a mortgagee under the so-called standard mortgage clause.

(c) Notice of Damage. In the event of damage to the Property by fire or other casualty, Purchaser shall promptly give notice of such damage to Seller and the insurance company.

8. Damage to the Property.

(a) Application of Insurance Proceeds If the Property is damaged by fire or other casualty, the insurance proceeds paid on account of such damage shall be applied to payment of the amounts payable by Purchaser under this Contract, even if such amounts are not then due to be paid, unless Purchaser makes a permitted election described in the next paragraph. Such amounts shall be first applied to unpaid accrued interest and next to the installments to be paid as provided in this Contract in the inverse order of their maturity. Such payment shall not postpone the due date of the installments to be paid pursuant to this Contract or change the amount of such installments. The balance of insurance proceeds, if any, shall be the property of Purchaser.

(b) Purchaser's Election to Rebuild. If Purchaser is not in default under this Contract, or after curing any such default, and if the mortgagees in any prior mortgages and sellers in any prior contracts for deed do not require otherwise, Purchaser may elect to have that portion of such insurance proceeds necessary to repair, replace, or restore the damaged Property (the "Repairs") deposited in escrow with a bank or title insurance company qualified to do business in the State of Minnesota, or such other party as may be mutually agreeable to Seller and Purchaser. The election may only be made by written notice to Seller within sixty (60) days after the damage occurs. Also, the election will only be permitted if the plans and specifications and contracts for the Repairs are approved by Seller, which approval Seller shall not unreasonably withhold or delay. If such a permitted election is made by Purchaser, Seller and Purchaser shall jointly deposit, when paid, such insurance proceeds into such escrow. If such insurance proceeds are insufficient for the Repairs, Purchaser shall, before the commencement of the Repairs, deposit into such escrow sufficient additional money to insure the full payment for the Repairs. Even if the insurance proceeds are unavailable or are insufficient to pay the cost of the Repairs, Purchaser shall at all times be responsible to pay the full cost of the Repairs. All escrowed funds shall be disbursed by the escrowee in accordance with generally accepted sound construction disbursement procedures. The costs incurred or to be incurred on account of such escrow shall be deposited by Purchaser into such escrow before the commencement of the Repairs. Purchaser

**Exhibit M, Page 4 of 8**

shall complete the Repairs as soon as reasonably possible and in a good and workmanlike manner, and in any event the Repairs shall be completed by Purchaser within one (1) year after the damage occurs. If, following the completion of and payment for the Repairs, there remains any undisbursed escrow funds, such funds shall be applied to payment of the amounts payable by Purchaser under this Contract in accordance with paragraph 8(a) above.

(c) Owners' Association. If the Property is subject to a recorded declaration, so long as the owners' association maintains a master or blanket policy of insurance against fire, extended coverage perils and such other hazards and in such amount as are required by this Contract, then: (i) Purchaser's obligation in the Contract to maintain hazard insurance coverage on the Property is satisfied; (ii) the provisions of paragraph 8(a) of this Contract regarding application of insurance proceeds shall be superseded by the provisions of the declaration or other related documents; and (iii) in the event of a distribution of insurance proceeds in lieu of restoration or repair following an insured casualty loss to the Property, any such proceeds payable to Purchaser are hereby assigned and shall be paid to Seller for application to the sum secured by this Contract, with the excess, if any, paid to Purchaser.

9. Injury or Damage Occurring on the Property.

(a) Liability. Seller shall be free from liability and claims for damages by reason of injuries occurring on or after the date of this Contract to any person or persons or property while on or about the Property. Purchaser shall defend and indemnify Seller from all liability, loss, cost, and obligations, including reasonable attorneys' fees, on account of or arising out of any such injuries. However, Purchaser shall have no liability or obligation to Seller for such injuries which are caused by the negligence or intentional wrongful acts or omissions of Seller.

(b) Liability Insurance. Purchaser shall, at Purchaser's own expense, procure and maintain liability insurance against claims for bodily injury, death and property damage occurring on or about the Property in amounts reasonably satisfactory to Seller and naming Seller as an additional insured.

10. Insurance Generally. The insurance which Purchaser is required to procure and maintain pursuant to paragraphs 7 and 9 of this Contract shall be issued by an insurance company or companies licensed to do business in the State of Minnesota and acceptable to Seller. The insurance shall be maintained by Purchaser at all times while any amount remains unpaid under this Contract. The insurance policies shall provide for not less than ten (10) days written notice to Seller before cancellation, non-renewal, termination or change in coverage, and Purchaser shall deliver to Seller a duplicate original or certificate of such insurance policy or policies.

11. Condemnation. If all or any part of the Property is taken in condemnation proceedings instituted under power of eminent domain or is conveyed in lieu thereof under threat of condemnation, the money paid pursuant to such condemnation or conveyance in lieu thereof shall be applied to payment of the amounts payable by Purchaser under this Contract, even if such amounts are not then due to be paid. Such amounts shall be applied in the same manner as a prepayment as provided in paragraph 5 of this Contract. Such payments shall not postpone the due date of the installments to be paid pursuant to this Contract or change the amount of such installments. The balance, if any, shall be the property of Purchaser.

12. Waste, Repair, and Liens. Purchaser shall not remove or demolish any buildings, improvements, or fixtures now or later located on or a part of the Property, nor shall Purchaser commit or allow waste of the Property. Purchaser shall maintain the Property in good condition and repair. Purchaser shall not create or permit to accrue liens or adverse claims against the Property which constitute a lien or claim against Seller's interest in the Property. Purchaser shall pay to Seller all amounts, costs and expenses, including reasonable attorneys' fees, incurred by Seller to remove any such liens or adverse claims.

13. Compliance with Laws. Except for matters which Seller has created, suffered, or permitted to exist prior to the date of this Contract, Purchaser shall comply or cause compliance with all laws and regulations of any governmental authority which affect the Property or the manner of using or operating the same, and with all restrictive covenants, if any, affecting title to the Property or the use thereof.

14. Recording of Contract; Deed Tax. Purchaser shall, at Purchaser's expense, record this Contract in the Office of the County Recorder or Registrar of Titles in the county in which the Property is located within four (4) months after the date hereof. Purchaser shall pay

**Exhibit M, Page 5 of 8**

Minnesota Uniform Conveyancing Blanks  Form 30.1.2

any penalty imposed under Minn. Stat. 507.235 for failure to timely record the Contract. Seller shall, upon Purchaser's full performance of this Contract, pay the deed tax due upon the recording of the deed to be delivered by Seller.

15. Notice of Assignment. If either Seller or Purchaser assigns its interest in the Property, the assigning party shall promptly furnish a copy of such assignment to the non-assigning party.

16. Protection of Interests. If Purchaser fails to pay any sum of money required under the terms of this Contract or fails to perform any of the Purchaser's obligations as set forth in this Contract, Seller may, at Seller's option, pay the same or cause the same to be performed, or both, and the amounts so paid by Seller and the cost of such performance shall be payable at once, with interest at the rate stated in paragraph 4 of this Contract, as an additional amount due Seller under this Contract. If there now exists, or if Seller hereafter creates, suffers or permits to accrue, any mortgage, contract for deed, lien or encumbrance against the Property which is not herein expressly assumed by Purchaser, and provided Purchaser is not in default under this Contract, Seller shall timely pay all amounts due thereon, and if Seller fails to do so, Purchaser may, at Purchaser's option, pay any such delinquent amounts or take any actions reasonably necessary to cure defaults there under and deduct the amounts so paid together with interest at the rate provided in this Contract from the payments next coming due under this Contract.

17. Defaults and Remedies. The time of performance by Purchaser of the terms of this Contract is an essential part of this Contract. If Purchaser fails to timely perform any term of this Contract, Seller may, at Seller's option, elect to declare this Contract cancelled and terminated by notice to Purchaser in accordance with applicable law or elect any other remedy available at law or in equity. If Seller elects to terminate this Contract, all right, title, and interest acquired under this Contract by Purchaser shall then cease and terminate, and all improvements made upon the Property and all payments made by Purchaser pursuant to this Contract (including escrow payments, if any) shall belong to Seller as liquidated damages for breach of this Contract. Neither the extension of the time for payment of any sum of money to be paid hereunder nor any waiver by Seller of Seller's rights to declare this Contract forfeited by reason of any breach shall in any manner affect Seller's right to cancel this Contract because of defaults subsequently occurring, and no extension of time shall be valid unless agreed to in writing. After service of notice of default and failure to cure such default within the period allowed by law, Purchaser shall, upon demand, surrender possession of the Property to Seller, but Purchaser shall be entitled to possession of the Property until the expiration of such period. Failure by Seller to exercise one or more remedies available under this paragraph 17 shall not constitute a waiver of the right to exercise such remedy or remedies thereafter.

18. Binding Effect. The terms of this Contract shall run with the land and bind the parties hereto and the successors in interest.

19. Headings. Headings of the paragraphs of this Contract are for convenience only and do not define, limit, or construe the contents of such paragraphs.

20. Additional Terms: Check here if ■ an addendum to this Contract containing additional terms and conditions is attached hereto.

Seller                                              Purchaser

2959 Bryant LLC
_____
(name of Seller)
                                                   _____
By: _____                (signature) Marie Ward
(signature) Riaz Shad
                                                   _____
Its: CEO                                            (signature)
_____
(type of authority)

By: _____
(signature)

Its: _____
(type of authority)

**Exhibit M, Page 6 of 8**

Page 6 of 6                                                                 Minnesota Uniform Conveyancing Blanks   Form 30.1.2

State of Minnesota, County of ___Hennepin___

This instrument was acknowledged before me on ___7/12/13___, by ___RIAZ SHAD___
                                                    (month/day/year)              (name of authorized signer)

_____ as ___CEO___
                                                          (type of authority)

and by _____
                        (name of authorized signer)

as _____ of _____
          (type of authority)                            (name of Seller)

(Stamp)

_____
(signature of notarial officer)

Title (and Rank): ___Notary Public___

DOMINIQUE ALONZO WARMSLEY
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/17

My commission expires: ___1/31/17___
                                        (month/day/year)

State of Minnesota, County of ___Hennepin___

This instrument was acknowledged before me on ___7/12/13___, by ___Marie Ward, Single___
                                                    (month/day/year)

_____
(insert name and marital status of each Purchaser)

(Stamp)

_____
(signature of notarial officer)

Title (and Rank): ___Notary Public___

DOMINIQUE ALONZO WARMSLEY
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/17

My commission expires: ___1/31/17___
                                        (month/day/year)

THIS INSTRUMENT WAS DRAFTED BY:
(insert name and address)

Riaz Shad
P. O. Box 21096
Columbia Heights, MN 55421

TAX STATEMENTS FOR THE REAL PROPERTY DESCRIBED IN THIS
INSTRUMENT SHOULD BE SENT TO:
(insert legal name and residential or business address of Grantee)

Marie Ward
2959 Bryant Ave N
Minneapolis, MN 55411

Note: Failure to record this contract for deed may give other parties priority over Purchaser's interest in the property.

**Exhibit M, Page 7 of 8**

EXHIBIT A

# Metes and Bounds

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

PID: 09-029-24-41-0058
Municipality: MINNEAPOLIS
Addition Name: HARMONY TERRACE
Lot: 001
Block: 003

Print this window    Close this window

**Exhibit M, Page 8 of 8**    1/1

C.V. filed_____C.V. not req.___X___

No delinquent taxes

Transfer Entered

May 9, 2018 2:29 PM

Hennepin County, Minnesota
Mark Chapin
County Auditor and Treasurer



Doc No **A10551498**

Certified, filed and/or recorded on
May 9, 2018 2:29 PM

Office of the County Recorder
Hennepin County, Minnesota
Martin McCormick, County Recorder
Mark Chapin, County Auditor and Treasurer

| | |
|---|---|
| Deputy 87 | Pkg ID 1686458C |
| Conservation Fee | $5.00 |
| Document Recording Fee | $46.00 |
| Environmental Response Fund (SDT .0001) | $0.05 |
| State Deed Tax (.0033 rate) | $1.65 |
| ***Document Total*** | $52.70 |

**PID(s)**

09-029-24-41-0058

This cover sheet is now a permanent part of the recorded document.

**Exhibit N, Page 1 of 3**

(Top 3 inches reserved for recording data)

| | |
|---|---|
| **QUIT CLAIM DEED**<br>**Individual(s) to Business Entity** | **Minnesota Uniform Conveyancing Blanks**<br>**Form 10.3.2 (2013)** |

eCRV number: _____

DEED TAX DUE: $ _____

DATE: _07_/_12_/_20/3_
*(month/day/year)*

FOR VALUABLE CONSIDERATION, Marie Ward, single woman
*(insert name and marital status of each Grantor)*

_____ ("Grantor"),

hereby conveys and quitclaims to 2959 Bryant LLC
*(insert name of Grantee)*

a Limited Liability Company _____ under the laws of Minnesota _____ ("Grantee"),

real property in Hennepin county _____ County, Minnesota, legally described as follows:

Lot 1, Block 3, Harmony Terrace, Hennepin County, MN

Total Consideration for this transaction is $500.00 or less.

*Check here if all or part of the described real property is Registered (Torrens)* ☐

together with all hereditaments and appurtenances belonging thereto.

*Check applicable box:*

■ The Seller certifies that the Seller does not know of any wells on the described real property.

☐ A well disclosure certificate accompanies this document or has been electronically filed. (If electronically filed, insert WDC number: _____ .)

☐ I am familiar with the property described in this instrument and I certify that the status and number of wells on the described real property have not changed since the last previously filed well disclosure certificate.

Grantor

_____
*(signature)*

_____
*(signature)*

Page 1 of 2

**Exhibit N, Page 2 of 3**

Page 2 of 2                                         Minnesota Uniform Conveyancing Blanks   Form 10.3.2

State of Minnesota, County of _Hennepin_____

This instrument was acknowledged before me on ___7/12/13_____, by _____
   *(month/day/year)*

Marie ward, Single_____
                      *(insert name and marital status of each Grantor)*

_____

(Stamp)

_____
*(signature of notarial officer)*

Title (and Rank): _Notary Public_____

My commission expires: _____1/31/17_____
                             *(month/day/year)*

DOMINIQUE ALONZO WARMSLEY
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/17

THIS INSTRUMENT WAS DRAFTED BY:
*(insert name and address)*

Riaz Shad
P. O. Box 21096
Columbia Heights, MN 55421

TAX STATEMENTS FOR THE REAL PROPERTY DESCRIBED IN THIS
INSTRUMENT SHOULD BE SENT TO:
*(insert legal name and residential or business address of Grantee)*

2959 Bryant LLC
P. O. Box 21096
Columbia Heights, MN 55421

**Exhibit N, Page 3 of 3**

2959 Bryant LLC
P. O. Box 20196
Columbia Heights, MN 55421
763-245-8353

May 3, 2017

Marie Ward
2959 Bryant Ave N
Minneapolis, MN 55411

RE: **Contract For Deed Payments and Balloon Payment $127600.00**

Dear Marie,

Here is the breakdown of payments that you made so far from July 2013 to May 2017.

| | |
|---|---|
| 7/1/2013 Contract for Deed Sale Price | = $ 180,000.00 |
| 7/1/2013 Down payment paid | = - $  1050.00 |
| Mortgage Payments made from 07/01/2013 to 06/01/2015= 1050x24 | = - $ 25200.00 |
| Mortgage payments made from 7/1/2015 to 5/1/2017 =1100x 23 | = - $ 25300.00 |
| Property taxes and insurance past due, 7/1/2013 to 5/1/2017 (250x47) | = + $ 11750.00 |

Final payment is balloon payment due on 06/01/2018          = **$ 127,600.00**

Your 2nd part of down payment in the amount of $ 10,000.00 was due on 7/1/2014 which was not paid. According to contract a balloon payment was due on 7/1/2015 in the amount of $ 159350.00 which was not paid.

I will still like to work with you. Because of your prompt payment history I hereby **extend** your **Contract for Deed** from 07/01/2015 to 06/01/2018 (from 24 months to 60 months). No interest was charged and will not be charged by seller due to religious restrictions. Your balloon payment **$ 127600.00** is due on 06/01/2018. I am attaching the Original Contract with this letter for your reference.

Thanks

*Riaz Shad*

Riaz Shad
Owner
2959 Bryant LLC
763-245-8353

**Exhibit O, Page 1 of 1**

# 2959 Bryant LLC

5037 Fremont Ave N
Minneapolis, MN 55430
763-245-8353

April 29, 2018

Marie Ward
Larry Copeland
2959 Bryant Ave N
Minneapolis, MN 55411

RE: <u>30 days Vacate Notice:-</u>

Dear Ms. Ward and Mr. Copeland,

I decided to sell the house. This is 30 days notice to vacate the premises at 2959 Bryant Ave N Minneapolis, MN 55411 by Noon on May 30, 2018. Please make sure the house is clean as it was before you moved in. If the house is in good condition and no damages were found at the time of inspection you will receive the deposit of $1050.00 back within 21 days of vacate date. If you fail to vacate the premises, housing court proceedings will be started. In that case you will be responsible for all court costs and attorney fees.

If you have any questions about this notice please give me a call or email.

Sincerely,

Riaz Shad
CEO
2959 Bryant LLC.
riazus@gmail.com

**Exhibit P, Page 1 of 1**

# 2959 Bryant LLC

5037 Fremont Ave N
Minneapolis, MN 55430
763-245-8353

<u>Delivered by Hand</u>

May 5, 2018

Marie Ward
Larry Copeland
2959 Bryant Ave N
Minneapolis, MN 55411

RE: <u>Pay rent/Vacate Notice</u>:-

Dear Ms. Ward and Mr. Copeland,

Your rent $1100.00 for the month of May, 2018 is not paid for the premises at 2959 Bryant Ave North Minneapolis, MN 55411. As agreed your rent is due on the 1st of each month and if its not paid by the 3rd its past due.

We request you to pay past due rent in the amount of $1100.00 plus $80.00 late fee within 48 hours from this letter date. If we did not receive $1180.00 within 48 hours we will start eviction process.

In case of eviction action you will be responsible for all court costs and attorney fees.

If you have any questions about this notice please give me a call or email.

Sincerely,

Riaz Shad
CEO
2959 Bryant LLC.
riazus@gmail.com

**Exhibit Q, Page 1 of 1**

Filed in Fourth Judicial District Court
5/21/2018 8:16 AM
Hennepin County, MN

C-UND-EVC-SMN    UCF-18 (SCAO 10/02)    Minn. Stat. § 504B.321

| State of Minnesota | District Court |
|---|---|
| Hennepin County | Fourth Judicial District |

Court File Number: 27-CV-HC-18-2137

Case Type: Housing

**2959 Bryant, LLC vs Marie Ward, Larry Copeland**

**EVICTION SUMMONS**
**Minn. Stat. § 504B.321**

THE STATE OF MINNESOTA TO THE ABOVE-NAMED DEFENDANT(S):

**YOU ARE SUMMONED** to appear before this Court on the date, time and place indicated below for a hearing on the attached Complaint. The original complaint is on file with the court. If you do not appear and contest the claim, judgment may be entered for the plaintiff/landlord.

Hearing Date set for: **June 04, 2018 at 1:15 PM in Hennepin County Courthouse**

located at:  **300 South Sixth Street, C-3**
**Minneapolis MN  55487-0332**
**612-348-5186**

2959 Bryant, LLC
Plaintiff/Agent/Attorney

612-339-7121
Phone Number

Issued by the Administrator of the above-named Court on 5/21/2018.

**Sarah Lindahl-Pfieffer**, Court Administrator

### This is an EVICTION SUMMONS

On the date and at the time shown above, the judicial officer will decide whether you will have to move or whether you can continue to stay in your home.  You must be on time for court.

### IF YOU DON'T COME TO COURT

The judicial officer can order you to move immediately; and if you do not move, the sheriff can move you out and put all your belongings into storage.  You will then have to pay the storage and moving costs before you can get your belongings back.

### YOU HAVE RIGHTS

YOU HAVE THE RIGHT to come to court and tell your side of the case.  For example,

- If you believe that all or some of the things that your landlord says in the attached papers are wrong, you can tell those things to the judge.
- If you believe that your landlord is trying to evict you because of something you did to protect your rights as a tenant, you can explain that to the judge.
- If the attached papers say that you have not paid rent, and you believe that your apartment is in bad condition and needs repairs, you can tell that to the judge.  Bring total rent owed to court hearing.
- You may have other defenses. You should research the law or ask an attorney.
- You may come to court and speak for yourself or you may have a lawyer with you to represent you.

**If you want a lawyer, you must get one right away.**    **Questions? http://www.mncourts.gov/district/4**

Original – Return to the Court Administrator with Proof of Service    **SEE ATTACHED**

**SERVE BY: May 25, 2018**    **RETURN BY: May 30, 2018**
No less than 7 days, including hearing date    Three working days prior to hearing.
**REMEMBER:  Never SERVE on Court Holidays**

**Exhibit R, Page 1 of 5**

Filed in Fourth Judicial District Court
5/21/2018 8:16 AM
Hennepin County, MN

**Free Housing Court Project**

**Tenants and Landlords** who meet low-income guidelines can get legal questions answered for free on a walk-in basis at the Hennepin County Housing Court Project, located on the third floor of the Courts Tower in the Hennepin County Government Center. **Project hours are 12:30 p.m – 4:00 p.m., Monday through Friday.**

Please bring all documents about your dispute, which may include your lease, record of payment, any written communication between you and the other party, and any Eviction Summons or Court documents.

The Housing Court Project offers free legal advice on:

Evictions

Lease Violations

Repair Problems

Emergency Repairs

Lock Outs

Expungement of Housing Court records

Service of Process Issues

NOTE: It is best to get legal advice BEFORE your court date. The Housing Court Project is primarily for free advice and brief services. Referrals are available for full representation, if needed and you are financially qualified. Tenants who come late in the morning might not be seen depending on how many people are waiting.

**********

**For Tenants & Landlords** who do not meet the requirements listed above, free legal advice may be available at the **Legal Access Point Clinic, Monday – Friday afternoons, 12:30 p.m. to 4:00 p.m.,** Located at the Self Help Center on the 2nd floor of the Hennepin County Government Center.

The Housing Court Project is a joint effort of Hennepin County, Mid-Minnesota Legal Aid, and the Volunteer Lawyers Network.

The Legal Access Point Clinic is a joint effort of the 4th District Self Help Center, the Hennepin County Bar Association Lawyer Referral & Information Service and Volunteer Lawyers Network.

(2/8/13)

**Exhibit R, Page 2 of 5**

Filed in Fourth Judicial District Court
5/21/2018 8:16 AM
Hennepin County, MN

## Interpreter Requests

- If you need an interpreter for this hearing, you must contact our office at 612-348-5186 at least 24 hours before your court date to arrange for an interpreter.

- Si usted necesita un interprete para el dia de corte, tiene que llamarnos al 612-348-5186, por lo menos, 24 horas antes de la fecha de la audiencia para ordenar un interprete.

- Hadii aad u baahan tahay in laguu tarjumo soo wac telefonka 612-348-5186, ugu yaraan 24 saac ka hor malinta aad maxkamada leedahay. Mahadsanid

- Yog koj xav yuav ib tus neeg txhais lus rau koj hnub koj tuaj ntsib xam, koj yuav tsum hu xov tooj 612-348-5186 rau peb ua ntej 24 xuaj moo uas koj mus ntsib xam ntawd es peb thiaj li nrhiav tau tus neeg txhais lus rau koj.

## Housing Court Project

Tenants and landlords who meet low-income guidelines can get legal questions answered for free on a walk-in basis at the **Hennepin County Housing Court Project**. The Housing Court Project is a joint effort of: Hennepin County, the 4th District Housing Court, the Legal Aid Society of Minneapolis, and the Volunteer Lawyers Network. The Housing Court Project offers the following services:

**Legal Advice on these Topics**

- Evictions
- Lease Violations
- Repair Problems
- Emergency Repairs
- Lock Outs
- Expungement of Housing Court records
- Service Issues

**NOTE:** The Housing Court Project is for **advice only**. Referrals are available for full representation. It is best to get legal advice **BEFORE** your court date.

**Exhibit R, Page 3 of 5**

Filed in Fourth Judicial District Court
5/18/2018 9:46 AM
Hennepin County, MN

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

CASE TYPE: EVICTION

---

2959 Bryant, LLC,

              Plaintiff,

vs.

Marie Ward and Larry Copeland, 2959 Bryant Avenue North, Minneapolis, MN 55411,

              Defendants.

**EVICTION COMPLAINT**

---

The undersigned counsel for Plaintiff states this under oath:

1.     Plaintiff owns the real property at 2959 Bryant Avenue North, Minneapolis, Hennepin County, Minnesota 55411 (the "Property").

2.     Defendants Marie Ward and Larry Copeland are occupants of the Property under a verbal, month-to-month lease requiring they pay $1,100 in monthly rent, with an $80 late fee if paid after the third day of the month.

3.     On April 29, 2018, Plaintiff issued Defendants a written 30-day notice to vacate the Property by May 30, 2018.

4.     On May 5, 2018, after Defendants failed to pay rent for the month of May, 2018, Plaintiff issued a written notice for Defendants to pay the rent within 48 hours.

5.     To date, Defendants have refused to pay any rent and remain in possession of the Property.

**Exhibit R, Page 4 of 5**

Filed in Fourth Judicial District Court
5/18/2018 9:46 AM
Hennepin County, MN

6.      Because Defendants remain in possession of the Property without having paid rent owed, Plaintiff is entitled to a Writ of Recovery for the Property.

Plaintiff asks the Court to issue a Writ requiring Defendants and any others in possession of the Property to move from and surrender possession of the Property to Plaintiff, and to order that Plaintiff be awarded its costs and disbursements of bringing this action.

## VERIFICATION AND AFFIDAVIT OF NONMILITARY STATUS

Edward P. Sheu, being duly sworn, says that he is the attorney for the Plaintiff; that he has read this Complaint, and that it is true of his own knowledge; that Defendants are not now in the military or naval service of the United States, to the best of his information.

BEST & FLANAGAN LLP

By: /s/ Edward P. Sheu
       Edward P. Sheu (#312885)
       Attorney for Plaintiff
       60 South Sixth Street, Suite 2700
       Minneapolis, MN 55402
       Tel: (612) 339-7121
       Fax: (612) 339-5897
       Email: esheu@bestlaw.com

Subscribed and sworn to before me
this 18th day of May, 2018

/s/ Catherine A. Strom
Notary Public

*My Commission Expires January 31, 2020*

2

**Exhibit R, Page 5 of 5**

## NOTICE OF CANCELLATION OF CONTRACT FOR DEED

**YOU ARE NOTIFIED:**

1.      Default has occurred in the Contract for Deed ("Contract"), dated July 12, 2013, and recorded on December 30, 2013, as Document No. A10041360, in the office of the County Recorder of Hennepin County, Minnesota, in which 2959 Bryant LLC, as seller, sold to Marie Ward, as purchaser(s), the real property in Hennepin County, Minnesota, described as follows:

Lot 1, Block 3, Harmony Terrace, Hennepin County, Minnesota

2.      The default is as follows:  Failure to pay the balloon payment of $159,350.00 set forth in the Contract for Deed was not paid when due on August 1, 2015, and the purchaser acknowledged this by signing a Quit Claim Deed, agreeing it could be recorded upon a default, and agreeing to continue paying rent to occupy the premises on a month-to-month basis after default.

3.      For contracts executed after August 1, 1976, and prior to August 1, 1985, the purchase price was N/A and the amount of the purchase price paid by purchaser is N/A, which is N/A of the purchase price, as calculated in the manner required by Minnesota Statutes § 559.21, Subd. 1e.

4.      The conditions contained in Minnesota Statutes § 559.209 have been complied with or are not applicable.

5.      **THIS NOTICE IS TO INFORM YOU THAT BY THIS NOTICE THE SELLER HAS BEGUN PROCEEDINGS UNDER MINNESOTA STATUTES, SECTION 559.21, TO TERMINATE YOUR CONTRACT FOR THE PURCHASE OF YOUR PROPERTY FOR THE REASONS SPECIFIED IN THIS NOTICE.  THE CONTRACT WILL TERMINATE 60 DAYS AFTER ☐(SERVICE OF THIS NOTICE UPON YOU) ☐(THE FIRST DATE OF PUBLICATION OF THIS NOTICE) (CHECK ONE) UNLESS BEFORE THEN:**

(A)      **THE PERSON AUTHORIZED IN THIS NOTICE TO RECEIVE PAYMENTS RECEIVES FROM YOU:**

(1)      **THE AMOUNT THIS NOTICE SAYS YOU OWE; PLUS**

(2)      **THE COSTS OF SERVICE (TO BE SENT TO YOU); PLUS**

(3)      **$ 0 TO APPLY TO ATTORNEYS' FEES ACTUALLY EXPENDED OR INCURRED; PLUS**

**Exhibit S, Page 1 of 7**

(4)    FOR CONTRACTS EXECUTED ON OR AFTER MAY 1, 1980, ANY ADDITIONAL PAYMENTS BECOMING DUE UNDER THE CONTRACT TO THE SELLER AFTER THIS NOTICE WAS SERVED ON YOU; PLUS

(5)    FOR CONTRACTS, OTHER THAN EARNEST MONEY CONTRACTS, PURCHASE AGREEMENTS, AND EXERCISED OPTIONS, EXECUTED ON OR AFTER AUGUST 1, 1985, $3,187.00 (WHICH IS TWO PERCENT OF THE AMOUNT IN DEFAULT AT THE TIME OF SERVICE OTHER THAN THE FINAL BALLOON PAYMENT, ANY TAXES, ASSESSMENTS, MORTGAGES, OR PRIOR CONTRACTS THAT ARE ASSUMED BY YOU); OR

(B)    YOU SECURE FROM A COUNTY OR DISTRICT COURT AN ORDER THAT THE TERMINATION OF THE CONTRACT BE SUSPENDED UNTIL YOUR CLAIMS OR DEFENSES ARE FINALLY DISPOSED OF BY TRIAL, HEARING OR SETTLEMENT. YOUR ACTION MUST SPECIFICALLY STATE THOSE FACTS AND GROUNDS THAT DEMONSTRATE YOUR CLAIMS OR DEFENSES.

IF YOU DO NOT DO ONE OR THE OTHER OF THE ABOVE THINGS WITHIN THE TIME PERIOD SPECIFIED IN THIS NOTICE, YOUR CONTRACT WILL TERMINATE AT THE END OF THE PERIOD AND YOU WILL LOSE ALL THE MONEY YOU HAVE PAID ON THE CONTRACT; YOU WILL LOSE YOUR RIGHT TO POSSESSION OF THE PROPERTY; YOU MAY LOSE YOUR RIGHT TO ASSERT ANY CLAIMS OR DEFENSES THAT YOU MIGHT HAVE; AND YOU WILL BE EVICTED. IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE, CONTACT AN ATTORNEY IMMEDIATELY.

6.    The name, mailing address, street address or location and telephone number of the seller or of an attorney authorized by the seller to accept payments pursuant to this notice is:

☐Seller        ☒Attorney for Seller

*/s/ Edward P. Sheu*
Edward P. Sheu
**Best & Flanagan LLP**
60 South Sixth Street, Suite 2700
Minneapolis, MN 55402
(612) 339-7121

**Exhibit S, Page 2 of 7**

Street Address or Location where the Seller or the Attorney will accept payment pursuant to this notice:

**Best & Flanagan LLP**
60 South Sixth Street, Suite 2700
Minneapolis, MN 55402

This person is authorized to receive the payments from you under this notice.

Signature [Optional-See Minn. Stat. §559.21, Subd. 4(e)]

---

*THIS INSTRUMENT DRAFTED BY:*

**Best & Flanagan LLP (EPS)**
60 South Sixth Street, Suite 2700
Minneapolis, MN 55402
(612) 339-7121

**Exhibit S, Page 3 of 7**

## AFFIDAVIT OF PERSONAL SERVICE

STATE OF MINNESOTA

} ss.

COUNTY OF HENNEPIN_____

      Edward P. Sheu, being duly sworn on oath says that on June 4, 2018, I served the foregoing notice upon Marie Ward personally at the Hennepin County Courthouse, 300 South Sixth Street, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with her, a true and correct copy thereof.

_____

Edward P. Sheu

| (Notarial Stamp or Seal) | Subscribed and sworn to before me this 4th day of June, 2028. |
| --- | --- |
| | _____ |
| | Notary Public |

## AFFIDAVIT OF SUBSTITUTED SERVICE

STATE OF MINNESOTA

} ss.

COUNTY OF _____

      _____, being duly sworn on oath says that: on _____, 200_, I served the foregoing notice upon _____ by leaving a true and correct copy thereof at his or her usual place of abode with _____, a person of suitable age and discretion then residing therein.

_____

| (Notarial Stamp or Seal) | Subscribed and sworn to before me this ___ day of _____, 20__. |
| --- | --- |
| | _____ |
| | Notary Public |

**Exhibit S, Page 4 of 7**

## SHERIFF'S RETURN OF PERSONAL SERVICE

STATE OF MINNESOTA

COUNTY OF _____ } ss.

    I hereby certify and return that in the _____ of _____ in said County and State on _____, I served the foregoing notice upon _____ personally by handing to and leaving with _____, a true and correct copy thereof.

Dated: _____, 200_.

                                         _____

                                       Sheriff of _____
                                       County, Minnesota

FEES:     Service     $_____
           Mileage   $_____            By _____, Deputy
           Total     $_____

## SHERIFF'S RETURN OF SUBSTITUTED SERVICE

STATE OF MINNESOTA

COUNTY OF _____ } ss.

    I hereby certify and return that in the _____ of _____ in said County and State on _____, I served the foregoing notice upon _____, by leaving a true and correct copy thereof at his or her usual place of abode with _____, a person of suitable age and discretion then residing therein.

Dated: _____, 200_.

                                           _____

                                         Sheriff of _____
                                         County, Minnesota

FEES:     Service     $_____
           Mileage   $_____            By _____, Deputy
            Total     $_____

**Exhibit S, Page 5 of 7**

## AFFIDAVIT OF SERVICE ON OCCUPANT

STATE OF MINNESOTA

COUNTY OF _____ } ss.

_____, being duly sworn on oath says that: on _____, 200_, I went upon the real estate described in the foregoing notice for the purpose of serving the notice upon the persons in possession thereof; on said date _____ was/were in possession of the real estate; and on said day I served the notice on _____, by handing to and leaving with _____, a true and correct copy thereof.

_____

| (Notarial Stamp or Seal) | Subscribed and sworn to before me this ___ day of _____, 20__. |
|---|---|
|  | _____ |
|  | Notary Public |

## AFFIDAVIT OF VACANCY

STATE OF MINNESOTA

COUNTY OF _____ } ss.

_____, being duly sworn on oath says that: on _____, 200_, I went upon the real estate described in the foregoing notice for the purpose of serving the notice upon the persons in possession thereof; and on said date the real property was vacant and unoccupied.

_____

| (Notarial Stamp or Seal) | Subscribed and sworn to before me this ___ day of _____, 20__. |
|---|---|
|  | _____ |
|  | Notary Public |

**Exhibit S, Page 6 of 7**

## AFFIDAVIT OF FAILURE TO COMPLY WITH NOTICE

STATE OF MINNESOTA

COUNTY OF _____ } ss.

_____, being duly sworn on oath says that: I am the person authorized to receive payments; more than ____ days have elapsed since the service of the notice on _____, the terms of the notice have not been complied with; and the default set forth in the notice still continues. I make this affidavit for the purpose of terminating the Contract and recording the notice, the proofs of service of the notice, and this affidavit.

_____

| (Notarial Stamp or Seal) |
|---|
|  |

Subscribed and sworn to before me this ____ day of _____, 20__.

_____
Notary Public

5393820

**Exhibit S, Page 7 of 7**