## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Marie Ward,

                    Plaintiff,
                                                    Case No. 0:18-CV-01933-JRT-HB
        v.

Riaz Shad and 2959 Bryant, LLC,

                    Defendants.

---

## DECLARATION OF DEFENDANT RIAZ SHAD

---

STATE OF MINNESOTA )
                                )ss.
COUNTY OF HENNEPIN )

Riaz Shad, being first duly sworn, deposes and states as follows:

1.      I am the individual named defendant in the present action.

2.      I make the following sworn statements based upon my own first-hand knowledge.

3.      I submit this Sworn Declaration in Support of Defendants' Motion to Dismiss.

4.      From January 1, 2012, through December 31, 2013, I did not personally extend any loans or credit to any persons.

5. From January 1, 2012, through December 31, 2013, I was involved in four (4) sales of real property, each on a contract for deed basis, through four different Minnesota Limited Liability Companies, which were as follows:

**3339 Bryant Avenue North, Minneapolis**

6. On February 13, 2012, the Minnesota Limited Liability Company 3339 Bryant, LLC, sold the real property located at 3339 Bryant Avenue North, Minneapolis, on a contract for deed, to Julio Pina, for $60,000.00, bearing no interest.

7. I was the owner and CEO of 3339 Bryant, LLC.

8. 3339 Bryant, LLC, is not a named defendant in this case and is not related to this case in any way.

9. Attached hereto as Exhibit "1" is a true and correct copy of the contract for deed on the 3339 Bryant, LLC sale.

**3842 Bryant Avenue North, Minneapolis**

10. On May 1, 2012, the Minnesota Limited Liability Company 3842 Bryant, LLC, sold the real property located at 3842 Bryant Avenue North, Minneapolis, on a contract for deed, to Muno Ahmed Jama, for $100,000.00, bearing no interest.

11. I was the owner and CEO of 3842 Bryant, LLC.

12. 3842 Bryant, LLC, is not a named defendant in this case and is not related to this case in any way.

13.    Attached hereto as Exhibit "2" is a true and correct copy of the contract for deed on the 3842 Bryant, LLC sale.

**2959 Bryant Avenue North, Minneapolis**

14.    On July 1, 2013, the Minnesota Limited Liability Company 2959 Bryant, LLC, sold the real property located at 2959 Bryant Avenue North, Minneapolis, on a contract for deed, to Marie Ward, the Plaintiff in this case, for $180,000.00, bearing no interest.

15.    2959 Bryant Avenue North, Minneapolis, is the real property at issue in this case.

16.    I was the owner and CEO of 2959 Bryant, LLC.

17.    2959 Bryant, LLC, is a named defendant in this case.

18.    Attached to the Complaint as Exhibit M is a true and correct copy of the contract for deed on the 2959 Bryant, LLC sale to Plaintiff.

**3538 Newton Avenue North, Minneapolis**

19.    On October 25, 2013, the Minnesota Limited Liability Company 3538 Newton, LLC, sold the real property located at 3538 Newton Avenue North, Minneapolis, on a contract for deed, to Sergio Fernandez Rodriguez, for $80,000.00, bearing no interest.

20.    I was an owner of 3538 Newton, LLC.

21.    3538 Newton, LLC, is not a named defendant in this case and is not related to this case in any way.

22.    Attached hereto as Exhibit "3" is a true and correct copy of the contract for deed on the 3538 Newton, LLC sale.

I swear the forgoing to be true and accurate to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Riaz Shad

Subscribed and sworn to before me
this 20th day of September, 2018.

_____
Notary Public

DANIEL GREGORY PROZUMENSHIKOV
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/21

-4-